UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE<br><br>RANDY JOSEPH DOMAGALLA<br><br>Debtor | Chapter 7<br>No. 10-32206<br><br>Honorable Bruce W. Black<br>U. S. Bankruptcy Judge |

## FINAL REPORT

1.  Debtor filed Chapter 12 on July 20, 2010. His case was converted to Chapter 7 on January 9, 2012. Deborah Kanner Ebner is debtor's Chapter 7 trustee.

2.  Debtor uses an accounting software program called "QuickBooks" and had a bank account at Harris Bank, Palatine, Illinois.

3.  Attached as **Exhibit 1** is a printout of debtor's QuickBooks account.

4.  On March 1, 2012, at debtor's adjourned §341 meeting, debtor paid the trustee $361,630.78.

Dated: March 13, 2012.

/s/ Randy Joseph Domagalla
Randy Joseph Domagalla, Debtor

## PROOF OF SERVICE

I hereby certify that on March 13, 2012, I electronically filed this notice with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the U.S. Trustee, the Chapter 7 Trustee, and anyone else who has electronically entered their appearance in this case as follows:

Deborah Kanner Ebner
Chapter 7 Trustee
dkebner@debnertrustee.com
IL53@ecfcbis.com
webmaster@debnertrustee.com
DKEbner@debnertrustee.com
sbutz@deborahebnerlaw.com
admin.assistant@debnertrustee.com

Patrick S. Layng
Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Faiq Mihlar
Attorney for Bayview Loan
 Servicing, LLC
shellyhood@hsbattys.com

Heather M. Giannino
Attorney for Bayview Loan
 Servicing, LLC
heathergiannino@hsbattys.com

Joseph Peiffer
Attorney for
 Custer County Feeders, Inc.
joep@drpjlaw.com
laurie@drpjlaw.com
jpeiffer.ecf@gmail.com

James M. Philbrick
Attorney for Ally Financial
 f/k/a GMAC
jmphilbrick@att.net

Stephanie Stinton
Attorney for Deere & Co.
sstinton@howardandhoward.com

Bruce Dopke
Local counsel for Custer County
 Feeders, Inc.
bruce@dopkelaw.com

/s/ Barry M. Barash
Barry M. Barash
Debtor's Attorney

Barry M. Barash (ARDC #108928) of
Barash & Everett, LLC
Debtor's Attorney
256 South Soangetaha Road
Galesburg, IL 61401
Telephone: 309/341-6010
Fax:       309/341-1945
E-mail: barashb@barashlaw.com

2

Domagalla Farms                                                               3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/23/2010 | 1181 | Campus Insurance | Accounts Payable | Truck Plate | 183.00 | X | | 3,312.39 |
| 07/24/2010 | 1182 | Dejoung Implement | Accounts Payable | Bailor Parts | 1,817.21 | X | | 1,495.18 |
| 07/25/2010 | 1183 | Sprint | Accounts Payable | | 453.73 | X | | 1,041.45 |
| 07/25/2010 | 1185 | Papineau Locker | Accounts Payable | | 752.90 | X | | 288.55 |
| 07/26/2010 | 1184 | ComEd 1005 | Accounts Payable | 1005 | 493.51 | X | | -204.96 |
| 07/26/2010 | 1186 | Butcher Block | Accounts Payable | | 247.10 | X | | -452.06 |
| 07/26/2010 | 1187 | Bobby Wilkinson | Accounts Payable | Farm Gates | 1,550.00 | X | | -2,002.06 |
| 07/27/2010 | | Cattle | Cattle Sales | Deposit | | X | 2,313.50 | 311.44 |
| 07/27/2010 | | Misc | Fuel Tax Credits and O... | Deposit | | X | 76.53 | 387.97 |
| 07/31/2010 | POS | Gas | Accounts Payable | | 190.25 | X | | 197.72 |
| 08/03/2010 | 1189 | Michigan Tech | Accounts Payable | Taylor | 5.00 | X | | 192.72 |
| 08/05/2010 | 1190 | Superior Livestock | Accounts Payable | Lot 7712 - Pete... | 4,000.00 | X | | -3,807.28 |
| 08/06/2010 | 1188 | ATT | Accounts Payable | | 57.95 | X | | -3,865.23 |
| 08/06/2010 | 1191 | University Pathologist | Accounts Payable | | 9.00 | X | | -3,874.23 |
| 08/06/2010 | 1192 | Waste Management | Accounts Payable | | 92.69 | X | | -3,966.92 |
| 08/09/2010 | | Cattle | Cattle Sales | Deposit | | X | 4,634.30 | 667.38 |
| 08/11/2010 | | | Interest Income | Interest | | X | 0.03 | 667.41 |
| 08/16/2010 | 1193 | Dejoung Implement | Accounts Payable | | 204.46 | X | | 462.95 |
| 08/30/2010 | POS | Gas | Accounts Payable | | 118.01 | X | | 344.94 |
| 08/30/2010 | 1194 | ComEd 9005 | Accounts Payable | | 31.28 | X | | 313.66 |
| 08/30/2010 | 1195 | ComEd 1005 | Accounts Payable | | 444.25 | X | | -130.59 |
| 08/30/2010 | 1196 | Darling International | Accounts Payable | | 75.00 | X | | -205.59 |
| 09/01/2010 | | Bailing | Bailing Income | Deposit | | X | 740.00 | 534.41 |
| 09/03/2010 | 1197 | Hogan Walker | Accounts Payable | | 136.00 | X | | 398.41 |
| 09/06/2010 | 1198 | Sprint | Accounts Payable | | 138.46 | X | | 259.95 |
| 09/07/2010 | 1199 | Shoup | Accounts Payable | Corn Head Parts | 134.25 | X | | 125.70 |
| 09/07/2010 | 1200 | Midway Truck Parts | Accounts Payable | 9200 INT | 105.88 | X | | 19.82 |
| 09/08/2010 | | Bailing | Bailing Income | Deposit | | X | 200.00 | 219.82 |
| 09/08/2010 | 1201 | Shoup | Accounts Payable | 9600 Parts | 192.47 | X | | 27.35 |
| 09/09/2010 | | Heritage FS | FS Loan | Deposit | | X | 8,500.00 | 8,527.35 |
| 09/09/2010 | 1202 | Midway Truck Parts | Accounts Payable | 9200 INT | 119.90 | X | | 8,407.45 |
| 09/09/2010 | 1203 | Secretary of State | Accounts Payable | semi plates | 2,980.00 | X | | 5,427.45 |
| 09/12/2010 | 1204 | Country Companies | Accounts Payable | Truck Insurance | 1,904.26 | X | | 3,523.19 |
| 09/13/2010 | | Harris Bank | Interest Income | Interest | | X | 0.01 | 3,523.20 |
| 09/13/2010 | POS | Gas | Accounts Payable | | 124.01 | X | | 3,399.19 |
| 09/13/2010 | 1205 | Emil's Tires | Accounts Payable | | 200.21 | X | | 3,198.98 |
| 09/15/2010 | 1207 | Danny Radtke | Accounts Payable | | 50.00 | X | | 3,148.98 |
| 09/20/2010 | 1208 | Jim Witvoeit | Accounts Payable | Silo Bags | 958.00 | X | | 2,190.98 |
| 09/23/2010 | 1206 | ATT | Accounts Payable | | 110.65 | X | | 2,080.33 |
| 09/23/2010 | 1209 | Shoup | Accounts Payable | 527 Ripper | 1,565.97 | X | | 514.36 |

Page 1

EXHIBIT 1

Domagalla Farms

3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---:|---|---:|---:|
| 09/24/2010 | | Cattle | Cattle Sales | Deposit | | X | 169,911.90 | 170,426.26 |
| 09/24/2010 | 1210 | Farm & Fleet | Accounts Payable | Parts | 195.43 | X | | 170,230.83 |
| 09/24/2010 | 1211 | Heritage FS | Accounts Payable | Corn Fines | 2,153.30 | X | | 168,077.53 |
| 09/24/2010 | 1212 | Dejoung Implement | Accounts Payable | 527 Ripper | 75.08 | X | | 168,002.45 |
| 09/24/2010 | 1213 | Andres & Wilton | Accounts Payable | | 3,203.04 | X | | 164,799.41 |
| 09/24/2010 | 1214 | Steak City | Accounts Payable | | 400.00 | X | | 164,399.41 |
| 09/24/2010 | 1215 | Severson Brothers | Accounts Payable | | 250.00 | X | | 164,149.41 |
| 09/24/2010 | 1216 | Jones & Coontz | Accounts Payable | | 2,778.38 | X | | 161,371.03 |
| 09/24/2010 | 1217 | Bayview | Accounts Payable | | 160,027.18 | X | | 1,343.85 |
| 09/27/2010 | 1218 | Midway Truck Parts | Accounts Payable | 96 Volvo | 189.08 | X | | 1,154.77 |
| 09/27/2010 | 1219 | Midway Truck Parts | Accounts Payable | 96 Volvo | 62.21 | X | | 1,092.56 |
| 10/01/2010 | 1220 | Dejoung Implement | Accounts Payable | | 86.41 | X | | 1,006.15 |
| 10/03/2010 | 1221 | Hogan Walker | Accounts Payable | 7520 | 238.41 | X | | 767.74 |
| 10/03/2010 | 1223 | Hogan Walker | Accounts Payable | 7520 alt | 280.19 | X | | 487.55 |
| 10/04/2010 | 1224 | ComEd 9005 | Accounts Payable | | 19.02 | X | | 468.53 |
| 10/04/2010 | 1225 | ComEd 1005 | Accounts Payable | | 329.26 | X | | 139.27 |
| 10/05/2010 | | Misc | Fuel Tax Credits and O... | Deposit | | X | 400.48 | 539.75 |
| 10/07/2010 | | Cattle | Cattle Sales | Deposit | | X | 50,669.00 | 51,208.75 |
| 10/07/2010 | 1222 | Shoup | Accounts Payable | 7520 Parts | 210.08 | X | | 50,998.67 |
| 10/07/2010 | 1226 | Charlotte Domagalla | Accounts Payable | | 514.20 | X | | 50,484.47 |
| 10/08/2010 | Wire | Harris Bank | Accounts Payable | Cattle | 20.00 | X | | 50,464.47 |
| 10/08/2010 | Wire | Superior Livestock | Accounts Payable | | 46,667.80 | X | | 3,796.67 |
| 10/09/2010 | 1228 | Sprint | Accounts Payable | | 139.10 | X | | 3,657.57 |
| 10/14/2010 | | Harris Bank | Interest Income | Interest | | X | 0.10 | 3,657.67 |
| 10/14/2010 | ACH | FSA | Agricultural Program P... | Deposit | | X | 11,614.00 | 15,271.67 |
| 10/14/2010 | ACH | Gas | Accounts Payable | | 478.40 | X | | 14,793.27 |
| 10/15/2010 | 1229 | Farm & Fleet | Accounts Payable | Oil | 216.69 | X | | 14,576.58 |
| 10/15/2010 | 1230 | Dejoung Implement | Accounts Payable | 527 Ripper | 150.59 | X | | 14,425.99 |
| 10/16/2010 | | Soybeans | Crop Sales:Soybean Sa... | Deposit | | X | 27,050.36 | 41,476.35 |
| 10/16/2010 | 1227 | Shoup | Accounts Payable | 527 Ripper | 313.26 | X | | 41,163.09 |
| 10/16/2010 | 1231 | Hogan Walker | Accounts Payable | 9600 Water Pu... | 806.29 | X | | 40,356.80 |
| 10/16/2010 | 1233 | Ray's Repair | Accounts Payable | Truck Repair | 566.23 | X | | 39,790.57 |
| 10/17/2010 | 1234 | Hogan Walker | Accounts Payable | | 499.75 | X | | 39,290.82 |
| 10/17/2010 | 1235 | Hogan Walker | Accounts Payable | 527 Ripper | 44.97 | X | | 39,245.85 |
| 10/20/2010 | 1232 | Ray Dettinering Truc... | Accounts Payable | | 3,169.76 | X | | 36,076.09 |
| 10/20/2010 | 1236 | Dejoung Implement | Accounts Payable | Parts | 651.59 | X | | 35,424.50 |
| 10/22/2010 | 1239 | Hogan Walker | Accounts Payable | 527 Ripper | 73.55 | X | | 35,350.95 |
| 10/24/2010 | 1240 | Hogan Walker | Accounts Payable | 7520 parts | 25.08 | X | | 35,325.87 |
| 10/24/2010 | 1242 | Heritage FS | Accounts Payable | O'Connor Farm | 3,363.20 | X | | 31,962.67 |
| 10/24/2010 | 1243 | Heritage FS | Accounts Payable | Input & Rent E... | 352,573.82 | X | | -320,611.15 |

Domagalla Farms                                                                                                   3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/25/2010 | | | Crop Insurance Proceeds | Deposit | | X | 91,206.00 | -229,405.15 |
| 10/25/2010 | | | Agricultural Program P... | Deposit | | X | 19,223.00 | -210,182.15 |
| 10/25/2010 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 129,995.63 | -80,186.52 |
| 10/25/2010 | | Soybeans | Crop Sales:Soybean Sa... | Deposit | | X | 192,571.69 | 112,385.17 |
| 10/25/2010 | 1241 | Will County Treasurer | Accounts Payable | Real Estate Tax... | 1,578.11 | X | | 110,807.06 |
| 10/25/2010 | 1244 | Emily Baltas | Accounts Payable | Rent | 2,300.00 | X | | 108,507.06 |
| 10/25/2010 | 1245 | Jim Baltas | Accounts Payable | Rent | 480.00 | X | | 108,027.06 |
| 10/25/2010 | 1246 | Brian Clay | Accounts Payable | Rent | 255.00 | X | | 107,772.06 |
| 10/25/2010 | 1247 | Laura Delaney | Accounts Payable | Rent | 19,210.00 | X | | 88,562.06 |
| 10/25/2010 | 1248 | Lawrence Domagalla | Accounts Payable | Rent | 10,560.00 | X | | 78,002.06 |
| 10/25/2010 | 1249 | Darrell Hipple | Accounts Payable | Rent | 1,200.00 | X | | 76,802.06 |
| 10/25/2010 | 1250 | Kathy Hughes | Accounts Payable | Rent | 637.50 | X | | 76,164.56 |
| 10/25/2010 | 1251 | Jim Nadler | Accounts Payable | Rent | 10,080.00 | X | | 66,084.56 |
| 10/25/2010 | 1252 | Kelly O'Connor | Accounts Payable | Rent | 3,437.00 | X | | 62,647.56 |
| 10/25/2010 | 1253 | Danny Radtke | Accounts Payable | Rent | 10,500.00 | X | | 52,147.56 |
| 10/25/2010 | 1254 | Gerald Schultz | Accounts Payable | Rent | 1,400.00 | X | | 50,747.56 |
| 10/25/2010 | 1255 | Elaine Fitzer | Accounts Payable | Rent | 1,800.00 | X | | 48,947.56 |
| 10/25/2010 | 1256 | Ray Greafan | Accounts Payable | Rent | 200.00 | X | | 48,747.56 |
| 10/25/2010 | 1257 | Craig Matthies | Accounts Payable | Cattle | 9,614.00 | X | | 39,133.56 |
| 10/27/2010 | 1258 | Dejoung Implement | Accounts Payable | Parts | 272.01 | X | | 38,861.55 |
| 10/28/2010 | 1259 | Farm & Fleet | Accounts Payable | Parts | 130.43 | X | | 38,731.12 |
| 10/29/2010 | 1261 | Dettmering Trucking | Accounts Payable | | 4,898.35 | X | | 33,832.77 |
| 10/29/2010 | 1262 | Paul Cantone | Accounts Payable | Hauling Corn | 1,220.00 | X | | 32,612.77 |
| 10/30/2010 | | Cattle | Cattle Sales | Deposit | | X | 53,646.40 | 86,259.17 |
| 10/30/2010 | ACH | Gas | Accounts Payable | | 126.65 | X | | 86,132.52 |
| 11/01/2010 | Wire | Superior Livestock | Accounts Payable | | 53,607.40 | X | | 32,525.12 |
| 11/01/2010 | 1238 | ATT | Accounts Payable | | 106.88 | X | | 32,418.24 |
| 11/01/2010 | 1260 | Hogan Walker | Accounts Payable | Oil Hose 8630 | 324.96 | X | | 32,093.28 |
| 11/01/2010 | 1263 | Dettmering Trucking | Accounts Payable | Grain | 250.51 | X | | 31,842.77 |
| 11/02/2010 | 1265 | Country Companies | Accounts Payable | | 3,720.00 | X | | 28,122.77 |
| 11/03/2010 | 1264 | Dejoung Implement | Accounts Payable | 527 Ripper | 65.59 | X | | 28,057.18 |
| 11/03/2010 | 1266 | Pete March | Accounts Payable | Dentist | 11.00 | X | | 28,046.18 |
| 11/03/2010 | 1267 | Dralle Chevrolet | Accounts Payable | Oil Change | 36.07 | X | | 28,010.11 |
| 11/03/2010 | 1268 | Waste Management | Accounts Payable | | 94.25 | X | | 27,915.86 |
| 11/03/2010 | 1269 | Sprint | Accounts Payable | | 137.85 | X | | 27,778.01 |
| 11/03/2010 | 1270 | ProActive | Accounts Payable | | 45.90 | X | | 27,732.11 |
| 11/03/2010 | 1271 | ComEd 9005 | Accounts Payable | | 17.08 | X | | 27,715.03 |
| 11/03/2010 | 1272 | ComEd 1005 | Accounts Payable | | 118.71 | X | | 27,596.32 |
| 11/03/2010 | 1273 | Joliet Doctor Clinic | Accounts Payable | | 20.00 | X | | 27,576.32 |
| 11/04/2010 | Wire | Harris Bank | Accounts Payable | Cattle | 20.00 | X | | 27,556.32 |

Page 3

Domagalla Farms  3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/04/2010 | 1274 | Coldwater Seed Farm | Accounts Payable | Seed | 850.00 | X | | 26,706.32 |
| 11/08/2010 | 1275 | Heritage FS | Accounts Payable | Corn Fines | 6,610.26 | X | | 20,096.06 |
| 11/09/2010 | POS | Lowe's | Accounts Payable | | 241.02 | X | | 19,855.04 |
| 11/10/2010 | | | Interest Income | Interest | | X | 0.26 | 19,855.30 |
| 11/10/2010 | 1277 | Emil's Tires | Accounts Payable | | 250.79 | X | | 19,604.51 |
| 11/13/2010 | 1278 | Werner Farms | Accounts Payable | | 72.00 | X | | 19,532.51 |
| 11/15/2010 | | Cattle | Cattle Sales | Deposit | | X | 53,377.82 | 72,910.33 |
| 11/15/2010 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 4,495.00 | 77,405.33 |
| 11/16/2010 | | | Crop Insurance Proceeds | Deposit | | X | 51,440.00 | 128,845.33 |
| 11/16/2010 | | Soybeans | Crop Sales:Soybean Sa... | Deposit | | X | 105,579.27 | 234,424.60 |
| 11/16/2010 | Wire | Superior Livestock | Accounts Payable | | 53,257.82 | X | | 181,166.78 |
| 11/16/2010 | 1279 | Heritage FS | Accounts Payable | Seed | 96,879.63 | X | | 84,287.15 |
| 11/18/2010 | POS | PayPal | Accounts Payable | | 175.00 | X | | 84,112.15 |
| 11/18/2010 | 1276 | ATT | Accounts Payable | | 124.18 | X | | 83,987.97 |
| 11/18/2010 | 1280 | North Star | Accounts Payable | Trust Fees | 85.00 | X | | 83,902.97 |
| 11/20/2010 | 1281 | Rick Uthe | Accounts Payable | Labor | 530.00 | X | | 83,372.97 |
| 11/24/2010 | | Cattle | Cattle Sales | Deposit | | X | 131,273.75 | 214,646.72 |
| 11/24/2010 | 1284 | Schwans | Accounts Payable | | 56.34 | X | | 214,590.38 |
| 11/25/2010 | 1282 | Ed Muhr Trucking | Accounts Payable | | 780.00 | X | | 213,810.38 |
| 11/26/2010 | Wire | Harris Bank | Accounts Payable | | 20.00 | X | | 213,790.38 |
| 11/26/2010 | Wire | Superior Livestock | Accounts Payable | | 116,174.42 | X | | 97,615.96 |
| 11/26/2010 | Wire | Harris Bank | Accounts Payable | | 20.00 | X | | 97,595.96 |
| 11/26/2010 | 1285 | Hellen Warmke Estate | Accounts Payable | Rent | 18,083.00 | X | | 79,512.96 |
| 11/29/2010 | 1286 | Country Companies | Accounts Payable | | 2,259.10 | X | | 77,253.86 |
| 11/30/2010 | POS | Gas | Accounts Payable | | 355.10 | X | | 76,898.76 |
| 11/30/2010 | 1288 | Campus Insurance | Accounts Payable | Truck Plate | 238.00 | X | | 76,660.76 |
| 12/01/2010 | 1289 | Ed Muhr Trucking | Accounts Payable | | 1,393.89 | X | | 75,266.87 |
| 12/03/2010 | 1290 | Todd Arseneau | Accounts Payable | Trucking | 125.00 | X | | 75,141.87 |
| 12/03/2010 | 1291 | LincolnWay Chiropr... | Accounts Payable | | 278.90 | X | | 74,862.97 |
| 12/04/2010 | 1292 | Sprint | Accounts Payable | | 138.92 | X | | 74,724.05 |
| 12/04/2010 | 1293 | ComEd 2008 | Accounts Payable | | 1,058.77 | X | | 73,665.28 |
| 12/04/2010 | 1294 | ComEd 1005 | Accounts Payable | | 99.53 | X | | 73,565.75 |
| 12/04/2010 | 1295 | ComEd 9005 | Accounts Payable | | 16.72 | X | | 73,549.03 |
| 12/07/2010 | 1296 | Hogan Walker | Accounts Payable | Battery 3400 | 278.14 | X | | 73,270.89 |
| 12/07/2010 | 1297 | Decker Livestock | Accounts Payable | Cattle | 5,148.10 | X | | 68,122.79 |
| 12/10/2010 | | | Interest Income | Interest | | X | 0.41 | 68,123.20 |
| 12/10/2010 | POS | Lowe's | Accounts Payable | | 130.32 | X | | 67,992.88 |
| 12/14/2010 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 95,462.14 | 163,455.02 |
| 12/15/2010 | 1299 | Bayview | Accounts Payable | | 95,462.14 | X | | 67,992.88 |
| 12/15/2010 | 1300 | Heritage FS | Accounts Payable | Truck Fuel | 2,402.23 | X | | 65,590.65 |

Page 4

Domagalla Farms                                                          3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/15/2010 | 1301 | Larry Lorenz | Accounts Payable | Appraisal | 750.00 | X | | 64,840.65 |
| 12/16/2010 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 63,507.49 | 128,348.14 |
| 12/16/2010 | 1287 | John Deere | Accounts Payable | Grain Cart | 7,185.72 | X | | 121,162.42 |
| 12/20/2010 | POS | Lowe's | Accounts Payable | | 65.46 | X | | 121,096.96 |
| 12/20/2010 | 1298 | ATT | Accounts Payable | | 111.75 | X | | 120,985.21 |
| 12/21/2010 | 1302 | Bayview | Accounts Payable | | 63,507.49 | X | | 57,477.72 |
| 12/29/2010 | 1303 | Ed Jorgensen | Accounts Payable | Rent | 1,200.00 | X | | 56,277.72 |
| 12/30/2010 | POS | Gas | Accounts Payable | | 340.57 | X | | 55,937.15 |
| 12/30/2010 | POS | PayPal | Accounts Payable | | 1,039.30 | X | | 54,897.85 |
| 01/04/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 50,782.98 | 105,680.83 |
| 01/04/2011 | 1304 | Ed Muhr Trucking | Accounts Payable | | 1,740.00 | X | | 103,940.83 |
| 01/04/2011 | 1306 | Sprint | Accounts Payable | | 138.92 | X | | 103,801.91 |
| 01/04/2011 | 1307 | ComEd 9005 | Accounts Payable | | 29.68 | X | | 103,772.23 |
| 01/04/2011 | 1308 | ComEd 1005 | Accounts Payable | | 208.25 | X | | 103,563.98 |
| 01/04/2011 | 1309 | Bayview | Accounts Payable | | 50,557.98 | X | | 53,006.00 |
| 01/10/2011 | | | Interest Income | Interest | | X | 0.51 | 53,006.51 |
| 01/10/2011 | ACH | PayPal | Accounts Payable | | 354.25 | X | | 52,652.26 |
| 01/10/2011 | POS | Gas | Accounts Payable | | 72.00 | X | | 52,580.26 |
| 01/11/2011 | 1310 | ATT | Accounts Payable | | 111.75 | X | | 52,468.51 |
| 01/13/2011 | 1312 | Todd Arseneau | Accounts Payable | | 100.00 | X | | 52,368.51 |
| 01/14/2011 | 1305 | Will County Forest P... | Accounts Payable | | 500.00 | X | | 51,868.51 |
| 01/16/2011 | 1313 | Decker Livestock | Accounts Payable | | 8,504.28 | X | | 43,364.23 |
| 01/19/2011 | 1314 | Bayview | Accounts Payable | | 125,788.56 | X | | -82,424.33 |
| 01/20/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 125,788.56 | 43,364.23 |
| 01/20/2011 | POS | Lowe's | Accounts Payable | | 930.55 | X | | 42,433.68 |
| 01/23/2011 | 1311 | Pete March | Accounts Payable | Dentist | 492.00 | X | | 41,941.68 |
| 01/24/2011 | 1315 | Andres & Wilton | Accounts Payable | | 176.41 | X | | 41,765.27 |
| 01/28/2011 | 1316 | Ed Muhr Trucking | Accounts Payable | | 1,454.25 | X | | 40,311.02 |
| 01/30/2011 | POS | Gas | Accounts Payable | | 303.03 | X | | 40,007.99 |
| 01/30/2011 | POS | PayPal | Accounts Payable | | 953.19 | X | | 39,054.80 |
| 01/30/2011 | 1317 | ComEd 9005 | Accounts Payable | | 29.40 | X | | 39,025.40 |
| 01/30/2011 | 1318 | ComEd 1005 | Accounts Payable | | 223.65 | X | | 38,801.75 |
| 01/30/2011 | 1319 | Heritage FS | Accounts Payable | Truck Fuel | 2,004.51 | X | | 36,797.24 |
| 02/04/2011 | POS | Gas | Accounts Payable | | 61.00 | X | | 36,736.24 |
| 02/05/2011 | | Bailing | Bailing Income | Deposit | | X | 4,564.00 | 41,300.24 |
| 02/05/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 56,551.29 | 97,851.53 |
| 02/06/2011 | 1320 | Sprint | Accounts Payable | | 153.18 | X | | 97,698.35 |
| 02/06/2011 | 1321 | Joliet Doctor Clinic | Accounts Payable | | 25.00 | X | | 97,673.35 |
| 02/06/2011 | 1322 | Bayview | Accounts Payable | | 56,326.29 | X | | 41,347.06 |
| 02/06/2011 | 1323 | ProActive | Accounts Payable | | 45.90 | X | | 41,301.16 |

Domagalla Farms

3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/09/2011 | 1324 | ATT | Accounts Payable | | 110.28 | X | | 41,190.88 |
| 02/10/2011 | | | Interest Income | Interest | | X | 0.36 | 41,191.24 |
| 02/11/2011 | 1325 | James Johnson | Accounts Payable | Machinery clea... | 450.00 | X | | 40,741.24 |
| 02/22/2011 | POS | Lowe's | Accounts Payable | | 206.98 | X | | 40,534.26 |
| 02/22/2011 | 1326 | Bayview | Accounts Payable | | 56,802.01 | X | | -16,267.75 |
| 02/22/2011 | 1327 | Dave Dralle | Accounts Payable | Rent | 4,500.00 | X | | -20,767.75 |
| 02/25/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 56,802.01 | 36,034.26 |
| 02/25/2011 | | Misc | Fuel Tax Credits and O... | Deposit | | X | 805.32 | 36,839.58 |
| 02/25/2011 | 1328 | Country Companies | Accounts Payable | | 8,581.36 | X | | 28,258.22 |
| 02/27/2011 | 1331 | Sprint | Accounts Payable | | 156.82 | X | | 28,101.40 |
| 02/27/2011 | 1333 | ProActive | Accounts Payable | | 45.90 | X | | 28,055.50 |
| 02/27/2011 | 1334 | Griswold Feeds | Accounts Payable | | 200.00 | X | | 27,855.50 |
| 02/27/2011 | 1335 | Country Companies | Accounts Payable | | 1,984.09 | X | | 25,871.41 |
| 02/27/2011 | 1336 | Manhattan Bookkeep... | Accounts Payable | | 495.00 | X | | 25,376.41 |
| 02/28/2011 | POS | PayPal | Accounts Payable | | 2,293.67 | X | | 23,082.74 |
| 03/01/2011 | 1338 | Dave & Greg Dralle | Accounts Payable | Rent | 39,094.60 | X | | -16,011.86 |
| 03/01/2011 | 1339 | AMED | Accounts Payable | Rent | 39,950.00 | X | | -55,961.86 |
| 03/01/2011 | 1340 | DAMA | Accounts Payable | Rent | 24,850.00 | X | | -80,811.86 |
| 03/01/2011 | 1341 | Dave Dralle | Accounts Payable | Rent | 35,955.00 | X | | -116,766.86 |
| 03/01/2011 | 1342 | Irma Dralle | Accounts Payable | Rent | 50,767.50 | X | | -167,534.36 |
| 03/02/2011 | | Heritage FS | FS Loan | Deposit | | X | 190,000.00 | 22,465.64 |
| 03/02/2011 | 1330 | ComEd 1005 | Accounts Payable | | 333.14 | X | | 22,132.50 |
| 03/03/2011 | 1329 | ComEd 9005 | Accounts Payable | | 65.87 | X | | 22,066.63 |
| 03/05/2011 | 1343 | ATT | Accounts Payable | | 112.28 | X | | 21,954.35 |
| 03/09/2011 | 1332 | Will County Farm B... | Accounts Payable | | 71.00 | X | | 21,883.35 |
| 03/10/2011 | | | Interest Income | Interest | | X | 0.32 | 21,883.67 |
| 03/11/2011 | 1337 | Pete March | Accounts Payable | | 25.00 | X | | 21,858.67 |
| 03/14/2011 | POS | Gas | Accounts Payable | | 195.60 | X | | 21,663.07 |
| 03/14/2011 | POS | PayPal | Accounts Payable | | 4,959.60 | X | | 16,703.47 |
| 03/17/2011 | 1344 | Hellen Warmke Estate | Accounts Payable | Rent | 10,000.00 | X | | 6,703.47 |
| 03/21/2011 | | FSA | Agricultural Program P... | Deposit | | X | 3,275.00 | 9,978.47 |
| 03/21/2011 | | FSA | Agricultural Program P... | Deposit | | X | 4,754.00 | 14,732.47 |
| 03/21/2011 | 1345 | Paulette Domagalla | Accounts Payable | Barry-Taxes | 2,000.00 | X | | 12,732.47 |
| 03/25/2011 | 1346 | Manhattan Bookkeep... | Accounts Payable | | 520.00 | X | | 12,212.47 |
| 04/02/2011 | 1350 | ComEd 9005 | Accounts Payable | | 15.25 | X | | 12,197.22 |
| 04/02/2011 | 1351 | ComEd 1005 | Accounts Payable | | 67.60 | X | | 12,129.62 |
| 04/02/2011 | 1352 | Sprint | Accounts Payable | | 145.05 | X | | 11,984.57 |
| 04/02/2011 | 1353 | Synrago | Accounts Payable | Limestone | 1,612.00 | X | | 10,372.57 |
| 04/02/2011 | 1354 | Farmers Helping Far... | Accounts Payable | | 1,309.85 | X | | 9,062.72 |
| 04/04/2011 | 1347 | Waste Management | Accounts Payable | | 95.42 | X | | 8,967.30 |

Domagalla Farms                                                      3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/04/2011 | 1348 | United State Treasury | Accounts Payable | | 157.00 | X | | 8,810.30 |
| 04/06/2011 | 1355 | Hogan Walker | Accounts Payable | Parts | 29.78 | X | | 8,780.52 |
| 04/08/2011 | | Charlotte Domagalla | Charlotte Domagalla | Deposit | | X | 12,000.00 | 20,780.52 |
| 04/08/2011 | 1349 | Will County Forest P... | Accounts Payable | Rent | 2,500.00 | X | | 18,280.52 |
| 04/08/2011 | 1356 | Cash | Accounts Payable | Pay off Tays Car | 6,063.45 | X | | 12,217.07 |
| 04/10/2011 | | | Interest Income | Interest | | X | 0.05 | 12,217.12 |
| 04/11/2011 | 1357 | Emily Baltas | Accounts Payable | Rent | 2,300.00 | X | | 9,917.12 |
| 04/11/2011 | 1358 | Laura Delaney | Accounts Payable | Rent | 16,740.00 | X | | -6,822.88 |
| 04/11/2011 | 1359 | Lawrence Domagalla | Accounts Payable | Rent | 14,000.00 | X | | -20,822.88 |
| 04/11/2011 | 1360 | Francisco Zambrano | Accounts Payable | Rent | 4,500.00 | X | | -25,322.88 |
| 04/11/2011 | 1361 | Darrell Hipple | Accounts Payable | Rent | 1,200.00 | X | | -26,522.88 |
| 04/11/2011 | 1362 | John Kurdts | Accounts Payable | Rent | 900.00 | X | | -27,422.88 |
| 04/11/2011 | 1363 | Kelly O'Connor | Accounts Payable | Rent | 6,800.00 | X | | -34,222.88 |
| 04/11/2011 | 1364 | Danny Radtke | Accounts Payable | Rent | 10,500.00 | X | | -44,722.88 |
| 04/11/2011 | 1366 | Dennis Radtke | Accounts Payable | Rent | 2,170.00 | X | | -46,892.88 |
| 04/11/2011 | 1368 | Gerald Schultz | Accounts Payable | Rent | 1,400.00 | X | | -48,292.88 |
| 04/12/2011 | | Heritage FS | FS Loan | Deposit | | X | 65,000.00 | 16,707.12 |
| 04/12/2011 | | Misc | Fuel Tax Credits and O... | Deposit | | X | 248.41 | 16,955.53 |
| 04/13/2011 | POS | PayPal | Accounts Payable | | 3,948.50 | X | | 13,007.03 |
| 04/13/2011 | POS | Gas | Accounts Payable | | 263.60 | X | | 12,743.43 |
| 04/15/2011 | 1369 | Hogan Walker | Accounts Payable | Oil | 1,430.43 | X | | 11,313.00 |
| 04/21/2011 | 1367 | Ray Farris | Accounts Payable | Rent | 900.00 | X | | 10,413.00 |
| 04/25/2011 | 1371 | United Methodist Ch... | Accounts Payable | A&C Show | 50.00 | X | | 10,363.00 |
| 04/27/2011 | | Farm & Fleet | Accounts Payable | . | 80.46 | X | | 10,282.54 |
| 05/02/2011 | 1370 | Shoup | Accounts Payable | 726 John Deere | 1,468.10 | X | | 8,814.44 |
| 05/02/2011 | 1372 | Hogan Walker | Accounts Payable | 726 Parts | 529.34 | X | | 8,285.10 |
| 05/02/2011 | 1375 | Sprint | Accounts Payable | | 149.79 | X | | 8,135.31 |
| 05/02/2011 | 1376 | Heritage FS | Accounts Payable | | 871.23 | X | | 7,264.08 |
| 05/02/2011 | 1377 | ComEd 9005 | Accounts Payable | | 17.05 | X | | 7,247.03 |
| 05/02/2011 | 1378 | ComEd 1005 | Accounts Payable | | 141.27 | X | | 7,105.76 |
| 05/05/2011 | 1373 | Dejoung Implement | Accounts Payable | Tractor Rent | 3,000.00 | X | | 4,105.76 |
| 05/06/2011 | 1379 | Hogan Walker | Accounts Payable | Parts | 24.42 | X | | 4,081.34 |
| 05/09/2011 | POS | Lowe's | Accounts Payable | | 479.39 | X | | 3,601.95 |
| 05/09/2011 | POS | Lowe's | Accounts Payable | | 158.02 | X | | 3,443.93 |
| 05/10/2011 | | | Interest Income | Interest | | X | 0.07 | 3,444.00 |
| 05/11/2011 | | Cattle | Cattle Sales | Deposit | | X | 952.00 | 4,396.00 |
| 05/11/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 225.00 | 4,621.00 |
| 05/11/2011 | | Misc | Fuel Tax Credits and O... | Deposit | | X | 727.41 | 5,348.41 |
| 05/11/2011 | POS | PayPal | Accounts Payable | | 2,587.69 | X | | 2,760.72 |
| 05/11/2011 | POS | Gas | Accounts Payable | | 334.51 | X | | 2,426.21 |

Domagalla Farms                                                   3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/13/2011 | 1374 | Waste Management | Accounts Payable |  | 104.66 | X |  | 2,321.55 |
| 05/13/2011 | 1381 | ATT | Accounts Payable |  | 111.42 | X |  | 2,210.13 |
| 05/16/2011 | 1380 | Monee Rental | Accounts Payable | Tree Chipper | 280.00 | X |  | 1,930.13 |
| 05/21/2011 | 1383 | Hogan Walker | Accounts Payable | 750 Drill Parts | 120.84 | X |  | 1,809.29 |
| 05/21/2011 | 1385 | Todd Arseneau | Accounts Payable |  | 125.00 | X |  | 1,684.29 |
| 05/23/2011 |  | Corn | Crop Sales:Corn Sales | Deposit |  | X | 26,602.20 | 28,286.49 |
| 05/23/2011 |  |  | Machinery Sales | Deposit |  | X | 9,000.00 | 37,286.49 |
| 05/23/2011 | 1384 | Country Companies | Accounts Payable |  | 2,730.38 | X |  | 34,556.11 |
| 05/25/2011 | 1386 | Schwans | Accounts Payable |  | 50.87 | X |  | 34,505.24 |
| 05/26/2011 | 1382 | Dejoung Implement | Accounts Payable | Tractor Rent | 2,481.00 | X |  | 32,024.24 |
| 05/26/2011 | 1387 | Dejoung Implement | Accounts Payable | H&S Trailor | 1,750.10 | X |  | 30,274.14 |
| 06/01/2011 | POS | Lowe's | Accounts Payable |  | 117.11 | X |  | 30,157.03 |
| 06/01/2011 | 1388 | Shoup | Accounts Payable | Sprayer Control | 554.56 | X |  | 29,602.47 |
| 06/01/2011 | 1389 | Andres & Wilton | Accounts Payable |  | 549.49 | X |  | 29,052.98 |
| 06/02/2011 | 1390 | ComEd 1005 | Accounts Payable |  | 153.75 | X |  | 28,899.23 |
| 06/02/2011 | 1391 | ComEd 9005 | Accounts Payable |  | 15.93 | X |  | 28,883.30 |
| 06/02/2011 | 1392 | Sprint | Accounts Payable |  | 158.58 | X |  | 28,724.72 |
| 06/02/2011 | 1393 | ProActive | Accounts Payable |  | 45.90 | X |  | 28,678.82 |
| 06/02/2011 | 1395 | Secretary of State | Accounts Payable | Truck Plates | 158.00 | X |  | 28,520.82 |
| 06/02/2011 | 1396 | Precision Farm Drain... | Accounts Payable | Tile Repair | 1,550.00 | X |  | 26,970.82 |
| 06/02/2011 | 1397 | Griswold Feeds | Accounts Payable | Feed | 250.00 | X |  | 26,720.82 |
| 06/08/2011 | 1398 | Hogan Walker | Accounts Payable | Parts | 145.84 | X |  | 26,574.98 |
| 06/10/2011 | 1399 | Ray Zeaman | Accounts Payable | Labor | 520.00 | X |  | 26,054.98 |
| 06/11/2011 | 1400 | ATT | Accounts Payable |  | 112.14 | X |  | 25,942.84 |
| 06/12/2011 | 1394 | Will County Treasurer | Accounts Payable | Real Estate Tax... | 1,584.96 | X |  | 24,357.88 |
| 06/13/2011 |  | Heritage FS | -split- | Deposit |  | X | 23,658.00 | 48,015.88 |
| 06/13/2011 |  |  | Interest Income | Interest |  | X | 0.09 | 48,015.97 |
| 06/13/2011 | 1401 | John Deere | Accounts Payable | 9300 | 22,572.11 | X |  | 25,443.86 |
| 06/13/2011 | To Print | Gas | Accounts Payable |  | 770.78 | X |  | 24,673.08 |
| 06/13/2011 | To Print | PayPal | Accounts Payable |  | 918.85 | X |  | 23,754.23 |
| 06/14/2011 | 1402 | Bayview | Accounts Payable |  | 9,000.00 | X |  | 14,754.23 |
| 06/15/2011 | To Print | Farm & Fleet | Accounts Payable |  | 149.54 | X |  | 14,604.69 |
| 06/17/2011 | POS | Lowe's | Accounts Payable |  | 557.99 | X |  | 14,046.70 |
| 06/17/2011 | 1403 | Hogan Walker | Accounts Payable | 3400 Parts | 33.69 | X |  | 14,013.01 |
| 06/17/2011 | To Print | Farm & Fleet | Accounts Payable |  | 127.46 | X |  | 13,885.55 |
| 06/18/2011 | 1404 | Danny Radtke | Accounts Payable | Rent | 1,364.00 | X |  | 12,521.55 |
| 06/23/2011 | POS | Lowe's | Accounts Payable |  | 72.71 | X |  | 12,448.84 |
| 06/24/2011 | To Print | Phantom of Merrilvi... | Accounts Payable |  | 566.07 | X |  | 11,882.77 |
| 06/27/2011 | 1405 | Emil's Tires | Accounts Payable |  | 339.00 | X |  | 11,543.77 |
| 06/28/2011 | 1406 | Hogan Walker | Accounts Payable | 7200 Planter P... | 202.76 | X |  | 11,341.01 |

Domagalla Farms                                                                                                     3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/01/2011 | 1409 | Com Ed | Accounts Payable | Rent | 585.00 | X | | 10,756.01 |
| 07/03/2011 | 1410 | ComEd 1005 | Accounts Payable | | 215.82 | X | | 10,540.19 |
| 07/03/2011 | 1411 | ComEd 9005 | Accounts Payable | | 16.61 | X | | 10,523.58 |
| 07/03/2011 | 1412 | Sprint | Accounts Payable | | 204.81 | X | | 10,318.77 |
| 07/06/2011 | 1408 | Secretary of State | Accounts Payable | Semi Plates | 2,980.00 | X | | 7,338.77 |
| 07/07/2011 | 1413 | Illinois Department o... | Accounts Payable | State Income Tax | 105.07 | X | | 7,233.70 |
| 07/07/2011 | 1414 | Frank Nenurest | Accounts Payable | Tires | 2,000.00 | X | | 5,233.70 |
| 07/11/2011 | 1407 | Tall Grass Arts | Accounts Payable | | 35.00 | X | | 5,198.70 |
| 07/11/2011 | 1415 | ATT | Accounts Payable | | 110.14 | X | | 5,088.56 |
| 07/13/2011 | | | Interest Income | Interest | | X | 0.06 | 5,088.62 |
| 07/14/2011 | POS | Gas | Accounts Payable | | 491.46 | X | | 4,597.16 |
| 07/14/2011 | To Print | PayPal | Accounts Payable | | 2,856.16 | X | | 1,741.00 |
| 07/18/2011 | 1416 | Hogan Walker | Accounts Payable | 9600 Combine | 215.72 | X | | 1,525.28 |
| 07/19/2011 | | Cattle | Cattle Sales | Deposit | | X | 17,652.07 | 19,177.35 |
| 07/19/2011 | | | -split- | Deposit | | X | 1,072.78 | 20,250.13 |
| 07/19/2011 | 1418 | RCIS | Accounts Payable | Crop Insurance | 3,145.00 | X | | 17,105.13 |
| 07/19/2011 | 1419 | Emil's Tires | Accounts Payable | Truck Tires | 655.00 | X | | 16,450.13 |
| 07/24/2011 | 1417 | Paulette Domagalla | Accounts Payable | Brooklynn tick... | 800.00 | X | | 15,650.13 |
| 07/24/2011 | 1421 | Silver Cross Hospital | Accounts Payable | | 150.00 | X | | 15,500.13 |
| 07/24/2011 | 1422 | Associated Radiologist | Accounts Payable | | 136.00 | X | | 15,364.13 |
| 07/31/2011 | 1423 | Will County Forest P... | Accounts Payable | Rent | 2,000.00 | X | | 13,364.13 |
| 08/03/2011 | 1420 | Tall Grass Arts | Accounts Payable | | 150.00 | X | | 13,214.13 |
| 08/06/2011 | 1430 | Peterson Auctioneer | Accounts Payable | | 203.50 | X | | 13,010.63 |
| 08/07/2011 | 1431 | AARP | Accounts Payable | | 16.00 | X | | 12,994.63 |
| 08/07/2011 | 1433 | ATT | Accounts Payable | | 112.06 | X | | 12,882.57 |
| 08/09/2011 | 1434 | Ag Storage Solution | Accounts Payable | 42 Foot Bin S... | 1,234.39 | X | | 11,648.18 |
| 08/09/2011 | 1435 | Hogan Walker | Accounts Payable | Battery & Cabl... | 394.77 | X | | 11,253.41 |
| 08/10/2011 | 1425 | Sprint | Accounts Payable | | 264.08 | X | | 10,989.33 |
| 08/10/2011 | 1426 | ComEd 1005 | Accounts Payable | | 341.81 | X | | 10,647.52 |
| 08/10/2011 | 1427 | ComEd 9005 | Accounts Payable | | 17.91 | X | | 10,629.61 |
| 08/10/2011 | 1428 | ProActive | Accounts Payable | | 45.90 | X | | 10,583.71 |
| 08/10/2011 | 1429 | Ed Muhr Trucking | Accounts Payable | | 779.22 | X | | 9,804.49 |
| 08/11/2011 | | | Interest Income | Interest | | X | 0.04 | 9,804.53 |
| 08/11/2011 | 1424 | Waste Management | Accounts Payable | | 103.20 | X | | 9,701.33 |
| 08/11/2011 | 1436 | Shoup | Accounts Payable | alt 4250 | 227.95 | X | | 9,473.38 |
| 08/11/2011 | 1479 | Country Companies | Accounts Payable | | 2,314.83 | X | | 7,158.55 |
| 08/11/2011 | To Print | PayPal | Accounts Payable | | 3,454.89 | X | | 3,703.66 |
| 08/11/2011 | To Print | Gas | Accounts Payable | | 191.91 | X | | 3,511.75 |
| 08/12/2011 | 1437 | Dejoung Implement | Accounts Payable | Haybine Rent | 810.30 | X | | 2,701.45 |
| 08/13/2011 | 1432 | Lowe's | Accounts Payable | | 150.00 | X | | 2,551.45 |

Domagalla Farms                                                                                   3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/18/2011 | | | -split- | Deposit | | X | 894.10 | 3,445.55 |
| 08/19/2011 | | Lawrence Domagalla | Lawrence Domagalla L... | Deposit | | X | 13,000.00 | 16,445.55 |
| 08/19/2011 | | Charlotte Domagalla | Charlotte Domagalla | Deposit | | X | 13,000.00 | 29,445.55 |
| 08/19/2011 | 1438 | Cash | Accounts Payable | Bill Smith - ski... | 18,500.00 | X | | 10,945.55 |
| 08/24/2011 | 1439 | Ed Jorgensen | Accounts Payable | Rent | 2,400.00 | X | | 8,545.55 |
| 08/27/2011 | 1440 | Menards | Accounts Payable | Shed Package | 12,147.42 | X | | -3,601.87 |
| 08/28/2011 | 1441 | Farm & Fleet | Accounts Payable | | 142.96 | X | | -3,744.83 |
| 08/29/2011 | | Wheat | Crop Sales:Wheat Sales | Deposit | | X | 7,232.17 | 3,487.34 |
| 08/29/2011 | | | Fuel Tax Credits and O... | wood | | X | 3,113.60 | 6,600.94 |
| 09/05/2011 | 1442 | Hogan Walker | Accounts Payable | Combine | 229.00 | X | | 6,371.94 |
| 09/05/2011 | 1443 | North Star | Accounts Payable | Trust | 125.00 | X | | 6,246.94 |
| 09/05/2011 | 1444 | ComEd 1005 | Accounts Payable | | 458.54 | X | | 5,788.40 |
| 09/05/2011 | 1445 | ComEd 9005 | Accounts Payable | | 17.36 | X | | 5,771.04 |
| 09/05/2011 | 1446 | Sprint | Accounts Payable | | 301.98 | X | | 5,469.06 |
| 09/08/2011 | | Wheat | Crop Sales:Wheat Sales | Deposit | | X | 36,623.80 | 42,092.86 |
| 09/08/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 1,957.00 | 44,049.86 |
| 09/08/2011 | 1447 | Hogan Walker | Accounts Payable | 9600 Combine ... | 4,410.02 | X | | 39,639.84 |
| 09/08/2011 | 1448 | Hogan Walker | Accounts Payable | combine | 89.37 | X | | 39,550.47 |
| 09/09/2011 | 1449 | Hogan Walker | Accounts Payable | combine | 303.44 | X | | 39,247.03 |
| 09/12/2011 | POS | Hogan Walker | Accounts Payable | | 134.64 | X | | 39,112.39 |
| 09/14/2011 | | | Interest Income | Interest | | X | 0.09 | 39,112.48 |
| 09/14/2011 | POS | PayPal | Accounts Payable | | 4,706.12 | X | | 34,406.36 |
| 09/14/2011 | POS | Gas | Accounts Payable | | 427.02 | X | | 33,979.34 |
| 09/14/2011 | 1450 | Dettmering Trucking | Accounts Payable | Hauling Wheat | 707.46 | X | | 33,271.88 |
| 09/20/2011 | 1451 | Proharvest Seeds | Accounts Payable | Seed | 8,680.00 | X | | 24,591.88 |
| 09/21/2011 | 1455 | Country Companies | Accounts Payable | | 1,984.09 | X | | 22,607.79 |
| 09/25/2011 | 1456 | Mike Salato | Accounts Payable | Labor | 300.00 | X | | 22,307.79 |
| 09/26/2011 | ACH | ATT | Accounts Payable | | 108.60 | X | | 22,199.19 |
| 09/26/2011 | POS | Kane County Landsc... | Accounts Payable | | 40.66 | X | | 22,158.53 |
| 09/26/2011 | POS | Farm & Fleet | Accounts Payable | | 117.35 | X | | 22,041.18 |
| 09/27/2011 | | Bailing | Bailing Income | Deposit | | X | 1,404.00 | 23,445.18 |
| 09/27/2011 | | Wheat | Crop Sales:Wheat Sales | Deposit | | X | 2,873.10 | 26,318.28 |
| 09/27/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 17,325.00 | 43,643.28 |
| 09/27/2011 | | Danny Domagalla | Personal Misc. | Deposit | | X | 2,250.00 | 45,893.28 |
| 09/28/2011 | 1457 | Precision Farm Drain... | Accounts Payable | Tile Repair | 1,970.62 | X | | 43,922.66 |
| 09/28/2011 | 1458 | Dralle Chevrolet | Accounts Payable | | 784.58 | X | | 43,138.08 |
| 09/29/2011 | POS | Menards | Accounts Payable | | 317.44 | X | | 42,820.64 |
| 09/29/2011 | POS | Hogan Walker | Accounts Payable | | 38.17 | X | | 42,782.47 |
| 09/30/2011 | POS | Gas | Accounts Payable | | | X | | 42,782.47 |
| 09/30/2011 | 1453 | Secretary of State | Accounts Payable | Truck Plate | 99.00 | X | | 42,683.47 |

Domagalla Farms                                    3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/30/2011 | 1454 | Will County Treasurer | Accounts Payable | Real Estate Tax... | 1,584.96 | X | | 41,098.51 |
| 09/30/2011 | 1459 | Hogan Walker | Accounts Payable | 9600 Combine | 1,251.36 | X | | 39,847.15 |
| 10/04/2011 | 1460 | Sprint | Accounts Payable | | 236.51 | X | | 39,610.64 |
| 10/05/2011 | POS | Lowe's | Accounts Payable | | 199.18 | X | | 39,411.46 |
| 10/05/2011 | 1462 | Dan Kovar | Accounts Payable | Tires | 460.00 | X | | 38,951.46 |
| 10/06/2011 | 1463 | Andres & Wilton | Accounts Payable | Feed | 423.57 | X | | 38,527.89 |
| 10/07/2011 | ACH | ComEd 1005 | Accounts Payable | | 248.41 | X | | 38,279.48 |
| 10/09/2011 | 1464 | Mike Salato | Accounts Payable | Labor | 330.00 | X | | 37,949.48 |
| 10/10/2011 | 1465 | Larry Gallagher | Accounts Payable | Bin Rent | 4,000.00 | X | | 33,949.48 |
| 10/11/2011 | POS | Hogan Walker | Accounts Payable | | 303.23 | X | | 33,646.25 |
| 10/11/2011 | 1466 | John Deere | Accounts Payable | Grain Cart | 7,043.92 | X | | 26,602.33 |
| 10/13/2011 | | | Interest Income | Interest | | X | 0.18 | 26,602.51 |
| 10/13/2011 | POS | PayPal | Accounts Payable | | 2,066.39 | X | | 24,536.12 |
| 10/13/2011 | POS | Gas | Accounts Payable | | 609.62 | X | | 23,926.50 |
| 10/13/2011 | 1467 | Al Waldvolgel | Accounts Payable | Rent | 499.87 | X | | 23,426.63 |
| 10/13/2011 | 1468 | Ed Muhr Trucking | Accounts Payable | | 820.00 | X | | 22,606.63 |
| 10/14/2011 | | FSA | Agricultural Program P... | Deposit | | X | 11,614.00 | 34,220.63 |
| 10/15/2011 | 1469 | Brian Clay | Accounts Payable | Rent | 255.00 | X | | 33,965.63 |
| 10/15/2011 | 1470 | Ray Greafan | Accounts Payable | Rent | 200.00 | X | | 33,765.63 |
| 10/16/2011 | 1471 | Kathy Hughes | Accounts Payable | Rent | 637.50 | X | | 33,128.13 |
| 10/16/2011 | 1472 | Gerald Schultz | Accounts Payable | Rent | 1,400.00 | X | | 31,728.13 |
| 10/16/2011 | 1473 | Darrell Hipple | Accounts Payable | | 1,200.00 | X | | 30,528.13 |
| 10/16/2011 | 1474 | Elaine Fitzer | Accounts Payable | Rent | 1,800.00 | X | | 28,728.13 |
| 10/16/2011 | 1475 | Jim Baltas | Accounts Payable | Rent | 480.00 | X | | 28,248.13 |
| 10/16/2011 | 1476 | Emily Baltas | Accounts Payable | Rent | 3,150.00 | X | | 25,098.13 |
| 10/16/2011 | 1477 | Kelly O'Connor | Accounts Payable | Rent | 6,800.00 | X | | 18,298.13 |
| 10/17/2011 | POS | Lowe's | Accounts Payable | | 191.03 | X | | 18,107.10 |
| 10/17/2011 | POS | Hogan Walker | Accounts Payable | | 55.53 | X | | 18,051.57 |
| 10/20/2011 | 1478 | Country Companies | Accounts Payable | | 3,720.00 | X | | 14,331.57 |
| 10/20/2011 | 1480 | Justin Fuhrman | Accounts Payable | Cattle | 44,377.50 | X | | -30,045.93 |
| 10/20/2011 | 1481 | Sather Ranch | Accounts Payable | Cattle | 89,532.00 | X | | -119,577.93 |
| 10/20/2011 | 1482 | Dan Kovar | Accounts Payable | Tires | 460.00 | X | | -120,037.93 |
| 10/21/2011 | | Cattle | Cattle Sales | Deposit | | X | 141,641.50 | 21,603.57 |
| 10/21/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 1,679.00 | 23,282.57 |
| 10/21/2011 | 1483 | Kathy's Cartage | Accounts Payable | | 25,000.00 | X | | -1,717.43 |
| 10/22/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 15,010.65 | 13,293.22 |
| 10/22/2011 | 1484 | Mike Salato | Accounts Payable | Labor | 300.00 | X | | 12,993.22 |
| 10/23/2011 | 1487 | ProActive | Accounts Payable | | 45.90 | X | | 12,947.32 |
| 10/24/2011 | POS | Farm & Fleet | Accounts Payable | | 49.03 | X | | 12,898.29 |
| 10/25/2011 | 1486 | Schwans | Accounts Payable | | 81.85 | X | | 12,816.44 |

Domagalla Farms                                                                   3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/25/2011 | To Print | Hogan Walker | Accounts Payable | | 66.17 | X | | 12,750.27 |
| 10/26/2011 | 1485 | Campus Insurance | Accounts Payable | Truck Plates | 2,860.00 | X | | 9,890.27 |
| 10/27/2011 | POS | Menards | Accounts Payable | | 929.06 | X | | 8,961.21 |
| 10/27/2011 | POS | Hogan Walker | Accounts Payable | | 283.00 | X | | 8,678.21 |
| 10/27/2011 | 1489 | Signs of Life | Accounts Payable | Truck Lettering | 220.00 | X | | 8,458.21 |
| 10/30/2011 | 1490 | Mike Salato | Accounts Payable | | 135.00 | X | | 8,323.21 |
| 10/30/2011 | 1491 | Tim Regnier | Accounts Payable | Labor | 135.00 | X | | 8,188.21 |
| 10/30/2011 | 1492 | RCIS | Accounts Payable | Hail Insurance | 256.00 | X | | 7,932.21 |
| 10/30/2011 | 1493 | RCIS | Accounts Payable | Crop Insurance | 47,898.00 | X | | -39,965.79 |
| 10/30/2011 | 1494 | RCIS | Accounts Payable | Crop Ins. Kank... | 3,101.29 | X | | -43,067.08 |
| 10/30/2011 | 1495 | MWS Seeds | Accounts Payable | Seed | 8,100.00 | X | | -51,167.08 |
| 10/30/2011 | 1496 | Dettmering Trucking | Accounts Payable | | 915.52 | X | | -52,082.60 |
| 10/30/2011 | 1500 | Dennis Radtke | Accounts Payable | Rent | 2,170.00 | X | | -54,252.60 |
| 10/31/2011 | POS | Lowe's | Accounts Payable | | 155.81 | X | | -54,408.41 |
| 10/31/2011 | 1498 | Lawrence Domagalla | Accounts Payable | Rent | 14,000.00 | X | | -68,408.41 |
| 11/01/2011 | | | Crop Insurance Proceeds | Deposit | | X | 10,190.00 | -58,218.41 |
| 11/01/2011 | | FSA | Agricultural Program P... | Deposit | | X | 19,191.00 | -39,027.41 |
| 11/01/2011 | | Soybeans | Crop Sales:Soybean Sa... | Deposit | | X | 218,054.24 | 179,026.83 |
| 11/01/2011 | 1499 | Jim Nadler | Accounts Payable | Rent | 10,080.00 | X | | 168,946.83 |
| 11/01/2011 | 1501 | Heritage FS | Accounts Payable | Seed | 154,500.00 | X | | 14,446.83 |
| 11/02/2011 | POS | Foley Carrier Services | Accounts Payable | | 168.00 | X | | 14,278.83 |
| 11/02/2011 | 1524 | JJLD Partners | Accounts Payable | Warmke Rent | 30,652.58 | X | | -16,373.75 |
| 11/04/2011 | 1503 | Danny Radtke | Accounts Payable | Work Lights | 169.00 | X | | -16,542.75 |
| 11/04/2011 | 1504 | Brian Childress | Accounts Payable | Labor | 285.00 | X | | -16,827.75 |
| 11/04/2011 | 1508 | Sprint | Accounts Payable | | 142.42 | X | | -16,970.17 |
| 11/06/2011 | 1488 | Pete March | Accounts Payable | | 6.00 | X | | -16,976.17 |
| 11/06/2011 | 1509 | Mike Salato | Accounts Payable | Labor | 315.00 | X | | -17,291.17 |
| 11/06/2011 | 1510 | Larry Spangler | Accounts Payable | Limestone | 765.00 | X | | -18,056.17 |
| 11/07/2011 | 1511 | Don Koehler | Accounts Payable | vac rent | 300.00 | X | | -18,356.17 |
| 11/07/2011 | 1512 | Meyer Brothers Tire | Accounts Payable | Combine Tire | 1,439.50 | X | | -19,795.67 |
| 11/08/2011 | 1513 | Brian Spangler | Accounts Payable | Electric Motor | 325.00 | X | | -20,120.67 |
| 11/09/2011 | 1514 | Schwans | Accounts Payable | | 55.23 | X | | -20,175.90 |
| 11/10/2011 | 1497 | Woody EMS | Accounts Payable | Electric Motor | 1,465.00 | X | | -21,640.90 |
| 11/10/2011 | 1515 | Dejoung Implement | Accounts Payable | Auger Parts | 145.72 | X | | -21,786.62 |
| 11/12/2011 | 1516 | Larry Spangler | Accounts Payable | Limestone | 990.00 | X | | -22,776.62 |
| 11/12/2011 | 1517 | Brian Spangler | Accounts Payable | Motor | 180.00 | X | | -22,956.62 |
| 11/14/2011 | | | Interest Income | Interest | | X | 0.24 | -22,956.38 |
| 11/14/2011 | 1502 | Woody EMS | Accounts Payable | Motor Work | 101.40 | X | | -23,057.78 |
| 11/14/2011 | 1505 | ComEd 1005 | Accounts Payable | | 130.06 | X | | -23,187.84 |
| 11/14/2011 | 1506 | ComEd 9005 | Accounts Payable | | 40.98 | X | | -23,228.82 |

Domagalla Farms                                                                3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/14/2011 | 1507 | Waste Management | Accounts Payable | | 103.25 | X | | -23,332.07 |
| 11/14/2011 | To Print | Gas | Accounts Payable | | 924.41 | X | | -24,256.48 |
| 11/14/2011 | To Print | PayPal | Accounts Payable | | 2,149.19 | X | | -26,405.67 |
| 11/15/2011 | POS | Menards | Accounts Payable | | 632.83 | X | | -27,038.50 |
| 11/19/2011 | 1518 | Larry Spangler | Accounts Payable | Limestone | 990.00 | X | | -28,028.50 |
| 11/23/2011 | ACH | ATT | Accounts Payable | | 112.68 | X | | -28,141.18 |
| 11/23/2011 | 1520 | Schwans | Accounts Payable | | 59.27 | X | | -28,200.45 |
| 11/25/2011 | 1521 | Laura Delaney | Accounts Payable | Rent | 28,380.00 | X | | -56,580.45 |
| 11/28/2011 | | | Crop Sales:Soybean Sa... | Deposit | | X | 115,818.50 | 59,238.05 |
| 11/28/2011 | POS | Lowe's | Accounts Payable | | 159.62 | X | | 59,078.43 |
| 11/28/2011 | 1522 | Ed Muhr Trucking | Accounts Payable | Trucking | 4,278.00 | X | | 54,800.43 |
| 11/28/2011 | 1523 | Larry Spangler | Accounts Payable | Drill Bits | 140.00 | X | | 54,660.43 |
| 11/29/2011 | POS | Monee Rental | Accounts Payable | | 85.00 | X | | 54,575.43 |
| 12/01/2011 | 1525 | Country Companies | Accounts Payable | Truck | 221.14 | X | | 54,354.29 |
| 12/01/2011 | 1526 | Hendrix | Accounts Payable | Grain Dryer Re... | 145.00 | X | | 54,209.29 |
| 12/01/2011 | 1528 | Sprint | Accounts Payable | | 156.54 | X | | 54,052.75 |
| 12/02/2011 | 1530 | Danny Radtke | Accounts Payable | Rent | 18,870.00 | X | | 35,182.75 |
| 12/06/2011 | POS | Monee Rental | Accounts Payable | | 50.00 | X | | 35,132.75 |
| 12/06/2011 | 1527 | ComEd 1005 | Accounts Payable | | 119.66 | X | | 35,013.09 |
| 12/12/2011 | 1531 | Larry Spangler | Accounts Payable | Tire Repair | 495.00 | X | | 34,518.09 |
| 12/13/2011 | | | Interest Income | Interest | | X | 0.21 | 34,518.30 |
| 12/13/2011 | POS | Cabelas | Accounts Payable | | 62.06 | X | | 34,456.24 |
| 12/13/2011 | POS | PayPal | Accounts Payable | | 4,513.17 | X | | 29,943.07 |
| 12/13/2011 | POS | Gas | Accounts Payable | | 555.62 | X | | 29,387.45 |
| 12/13/2011 | POS | Foley Carrier Services | Accounts Payable | | 82.50 | X | | 29,304.95 |
| 12/14/2011 | 1532 | Dejoung Implement | Accounts Payable | Parts | 7.60 | X | | 29,297.35 |
| 12/14/2011 | 1533 | Ed Jorgensen | Accounts Payable | Rent | 1,200.00 | X | | 28,097.35 |
| 12/17/2011 | 1529 | Schwans | Accounts Payable | | 37.16 | X | | 28,060.19 |
| 12/18/2011 | 1534 | Larry Spangler | Accounts Payable | Labor | 165.00 | X | | 27,895.19 |
| 12/19/2011 | POS | Whitmore Ace Hard... | Accounts Payable | | 119.77 | X | | 27,775.42 |
| 12/19/2011 | POS | Lowe's | Accounts Payable | | 786.96 | X | | 26,988.46 |
| 12/19/2011 | 1536 | Ray's Repair | Accounts Payable | 95 Int | 2,015.99 | X | | 24,972.47 |
| 12/19/2011 | 1537 | Shawn Gallagher | Accounts Payable | Labor | 1,500.00 | X | | 23,472.47 |
| 12/20/2011 | POS | Monee Rental | Accounts Payable | | 245.00 | X | | 23,227.47 |
| 12/21/2011 | ACH | ATT | Accounts Payable | | 111.68 | X | | 23,115.79 |
| 12/21/2011 | 1538 | Andres & Wilton | Accounts Payable | Feed | 151.95 | X | | 22,963.84 |
| 12/22/2011 | 1539 | Emil's Tires | Accounts Payable | Semi Tires | 3,354.30 | X | | 19,609.54 |
| 12/24/2011 | 1540 | Ed Muhr Trucking | Accounts Payable | | 2,625.00 | X | | 16,984.54 |
| 12/27/2011 | 1541 | Paulette Domagalla | Accounts Payable | Shed Package | 4,009.00 | X | | 12,975.54 |
| 12/27/2011 | To Print | PayPal | Accounts Payable | | | | | 12,975.54 |

Domagalla Farms                                                                 3/13/2012 2:14 PM

Register: Harris Bank
From 07/20/2010 through 03/13/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/28/2011 | 1542 | Heritage FS | Accounts Payable | Crop Inputs an... | 633,368.41 | X | | -620,392.87 |
| 12/29/2011 | | Gas | Accounts Payable | | 197.14 | X | | -620,590.01 |
| 12/29/2011 | 1543 | Cash | Accounts Payable | Concrete | 2,960.00 | X | | -623,550.01 |
| 12/29/2011 | 1546 | AMED | Accounts Payable | Rent | 6,444.90 | X | | -629,994.91 |
| 12/29/2011 | 1547 | DAMA | Accounts Payable | Rent | 5,367.60 | X | | -635,362.51 |
| 12/29/2011 | 1548 | Dave & Greg Dralle | Accounts Payable | Rent | 4,322.80 | X | | -639,685.31 |
| 12/29/2011 | 1549 | Shoup | Accounts Payable | John Deere Dri... | 1,228.92 | X | | -640,914.23 |
| 12/30/2011 | | Cattle | Cattle Sales | Deposit | | X | 9,275.68 | -631,638.55 |
| 12/30/2011 | | Corn | Crop Sales:Corn Sales | Deposit | | X | 903,335.13 | 271,696.58 |
| 12/30/2011 | | Soybeans | Crop Sales:Soybean Sa... | Deposit | | X | 122,921.93 | 394,618.51 |
| 12/30/2011 | | Misc | Fuel Tax Credits and O... | Deposit | | X | 32.91 | 394,651.42 |
| 12/30/2011 | POS | Lowe's | Accounts Payable | | 109.31 | X | | 394,542.11 |
| 12/30/2011 | 1544 | Ray's Repair | Accounts Payable | Truck Repair | 1,712.99 | X | | 392,829.12 |
| 12/30/2011 | 1545 | Irma Dralle | Accounts Payable | Rent | 6,048.00 | X | | 386,781.12 |
| 12/30/2011 | 1550 | Hogan Walker | Accounts Payable | John Deere Sw... | 1,147.50 | X | | 385,633.62 |
| 12/31/2011 | 1551 | ValleyView Farms | Accounts Payable | Cattle | 5,398.96 | X | | 380,234.66 |
| 01/03/2012 | POS | Gas | Accounts Payable | | 66.20 | X | | 380,168.46 |
| 01/03/2012 | POS | Menards | Accounts Payable | | 434.08 | X | | 379,734.38 |
| 01/03/2012 | POS | Walmart | Accounts Payable | Check printing | 99.52 | X | | 379,634.86 |
| 01/04/2012 | POS | Menards | Accounts Payable | | 1,186.21 | X | | 378,448.65 |
| 01/04/2012 | POS | Whitmore Ace Hard... | Accounts Payable | | 64.01 | X | | 378,384.64 |
| 01/04/2012 | 1552 | Dave Dralle | Accounts Payable | | 8,000.00 | X | | 370,384.64 |
| 01/06/2012 | ACH | ComEd 2008 | Accounts Payable | Bins | 3,500.00 | X | | 366,884.64 |
| 01/06/2012 | 30.78 | Gas | Accounts Payable | | 84.51 | X | | 366,800.13 |
| 01/09/2012 | ACH | ComEd 1005 | Accounts Payable | | 183.56 | X | | 366,616.57 |
| 01/09/2012 | ACH | ComEd 9005 | Accounts Payable | | 38.98 | X | | 366,577.59 |
| 01/09/2012 | ACH | Sprint | Accounts Payable | | 183.29 | X | | 366,394.30 |
| 01/10/2012 | ACH | PayPal | Accounts Payable | | 3,965.65 | X | | 362,428.65 |
| 01/11/2012 | | | Interest Income | Interest | | X | 0.65 | 362,429.30 |
| 01/25/2012 | ACH | PayPal | Personal Misc. | | 800.00 | X | | 361,629.30 |
| 02/10/2012 | | | Interest Income | Interest | | X | 1.48 | 361,630.78 |
| 03/01/2012 | UKN | Debra Ebner | Tranfer to trustee | | 361,630.78 | | | 0.00 |