IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: ) Chapter 7
    RANDY JOSEPH DOMAGALLA, ) Case No. 10-32206
                        Debtor. ) Judge Bruce W. Black (Joliet)

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant: Deborah K. Ebner, Trustee

Authorized to Provide
Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which
Compensation is Sought: February 13, 2012 through case closing

Amount of Fees Sought: $16,136.29
Amount of Expense
Reimbursement Sought: $   75.82

This is an: Interim Application ___X___ Final Application _____

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| 02/06/13 | 02/13/12 – 01/21/13 | Fees: $27,419.36<br>Expenses: $17.42 | Fees: $27,419.36<br>Expenses: $8.02 |

Applicant: Deborah K. Ebner, Trustee

Date:  October 29, 2013          By:  /s/Deborah K. Ebner
                                                             Deborah K. Ebner, Trsutee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| RANDY JOSEPH DOMAGALLA, | ) | Case No. 10-32206 |
| Debtor. | ) | Judge Bruce W. Black (Joliet) |

**FINAL APPLICATION OF TRUSTEE FOR STATUTORY
COMPENSATION AND EXPENSE REIMBURSEMENT**

TO THE HONORABLE BRUCE W. BLACK, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly elected, qualified and acting permanent Trustee in this case, and in support of her First Interim Application for Statutory Compensation and Expense Reimbursement, states as follows:

1.  The Debtor filed a voluntary chapter 12 petition in this judicial district and division on July 20, 2010.

2.  The Debtor voluntarily converted his case to a case under chapter 7 of the Bankruptcy Code on January 9, 2012.

3.  On February 13, 2012, the date of the initial 341 meeting convened in the chapter 7 phase of this case, the Trustee was elected to serve as the permanent pursuant to 11 U.S.C. § 702 (Doc. 107).

4.  During the administration of this case, Trustee has collected $806,112.99, and disbursed $806,112.99 to parties, other than the Debtor, in this case. During her tenure, Trustee has performed her statutory duties, including, but not limited to the following tasks[1]:

    A)  TASKS

        i.    Prepared for 341 meeting;

        ii.   Conducted 341 meeting;

        iii.  Filed Initial Report of Trustee in Asset Case;

        iv.   Reviewed claims;

        v.    Opened Bank Accounts;

        vi.   Prepared in connection with U.S. Trustee reviews, reports and discussions with USTO staff personnel, and others;

---
[1] Total Estate receipts aggregate $808,512.99.

2

   vii. Worked with the U.S. Department of Treasury, Division of the Internal Revenue Service, and, with other creditors, to facilitate accurate interim distributions.

   viii. Prepared and filed Interim Distribution request;

   ix. Issued interim distributions.

   x. Participated in settlement conferences for the resolution of adversary proceeding.

5. On March 8, 2013, this Court entered its Order authorizing the disbursement of Interim Trustee Compensation and Expense Reimbursement in the amounts of $27,419.36 and $8.02 respectively. Through this Application, Trustee seeks approval of the foregoing award as final.

6. The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon receipts and disbursements of $806,112.99 to parties other than the Debtor, is calculated as follows:

| | |
|---|---|
| 25% of the first $5,000 | $ 1,250.00 |
| 10% of the next $45,000 | $ 4,500.00 |
| 5% of the next $806,112.99 | $37,805.65 |
| Total allowable compensation | $43,555.65 |

COMPENSATION AND EXPENSE REIMBURSEMENT REQUEST

7. Trustee and her staff have expended no less than 131 hours in the rendition of Trustee services since the February 13, 2012 election. Based upon Trustee's normal and customary hourly rates, she has rendered $48,416.00 worth of professional service. Trustee requests final statutory compensation, however, in the amount of $43,555.65. After reduction of the interim compensation award referenced above, Trustee seeks a balance of **$16,136.29** pursuant to this Application.

8. Attached hereto and incorporated herein as **Exhibit A** is an itemization of all expenses advanced by Trustee during this administration of $83.84. Of the $83.84 itemized, $8.02 was awarded and received on an interim basis, and Trustee therefore seeks a final reimbursement award of $75.82.

CONCLUSION

9. **For the foregoing reasons, as and for a final distribution, Trustee seeks $16,136.29**

3

in statutory compensation, and expense reimbursement in the amount of $75.82, approval of the prior awards as final, and, any additional relief that this Court deems just and proper.

          Respectfully submitted,
          Law Office of Deborah Kanner Ebner

By:   /s/Deborah K. Ebner
       Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838