IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: RANDY JOSPEH DOMAGALLA | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 10-32206 |
| | ) | |
| DEBTOR | ) | HON. BRUCE W. BLACK |
| | ) | |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:   POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:   DEBORAH K. EBNER, TRUSTEE

Date of Order authorizing Employment:  MARCH 16, 2012

Period for Which
Compensation is Sought:  From September 6, 2013 through October 29, 2013

Amount of Fees Sought:   $ 2,496.00

Amount of Expense Reimbursement Sought:  0.00

This is an:  Interim Application_____   Final Application__X___

Previous applications / allowances of this applicant:

Fees Sought:  $920.00            Fees Allowed:  $920.00
Costs Sought:  NONE              Costs Allowed:  NONE

Applicant:

Date: October 29, 2013        By: /s/ Lois West

Lois West, CPA
Certifying Professional

POPOWCER KATTEN, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL  60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  RANDY JOSEPH DOMAGALLA | ) | CASE NO. 10-32206 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| DEBTOR | ) | |

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Debtor filed a voluntary Chapter 12 petition commencing this case on July 20, 2010.

2. The Debtor voluntarily converted this case to a proceeding under Chapter 7 of the Bankruptcy Code on January 9, 2012.

3. This Court on March 12, 2012 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

4. Applicant requests $2,496.00 in compensation for 10.4 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period September 6, 2013 through October 29, 2013.

5. A description of the nature of the services rendered by the Applicant is as follows:

Accounting and tax services for the period September 6, 2013 through October 29, 2013 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2012.

6. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

7. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 10.4 | $240 | $ 2,496.00 |
| Total | 10.4 | | $ 2,496.00 |

8. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

9. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE,** Applicant requests that it be awarded reasonable compensation of $2,496.00 for the accounting services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE: October 29, 2013                    RESPECTFULLY SUBMITTED,

                                          *Lois West*

                                          Lois West
                                          Certifying Professional
                                          35 E. Wacker Drive
                                          Chicago, IL 60601-2124

Invoice No. 26745



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1280
www.popcocpa.com

- Estate of Randy Joseph Domagalla  (10-32206)
- c/o Deborah K. Ebner, Trustee
- Law Offices of Deborah K. Ebner
- 11 E. Adams Street, Suite 904
- Chicago, IL 60603

Date:  October 29, 2013          Account No.: EBN25071L

For Professional Services Rendered:

For accounting and tax services rendered for the period September 6, 2013 through October 29, 2013 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2012 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue requesting an expedited audit in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 10.4 | $240. | $ 2,496.00 |
|  | Total fees: | 10.4 |  | $ 2,496.00 |

**EXHIBIT A**

**ESTATE OF RANDY JOSEPH DOMAGALLA (10-32206)**

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 9/6/2013 | Tax Services - Prepare W-9 form as requested by trustee - scan and email to trustee for signature. | 0.3 | L. West | $240 | 72.00 |
| 10/7/2013 | Tax Return Preparation - Prepare workpapers for 12/31/12 year end. Review depreciation schedules from debtor's accountant to determine cost basis of farm equipment sold and calculate gain / loss on sale. Review documents received re: cost basis of debtor's residence. Research appreciation values for Illinois property (property transferred to debtor in 1996). Discuss receipt of payment from Randy Domagalla re: life insurance CSV with trustee. | 4.9 | L. West | $240 | 1,176.00 |
| 10/8/2013 | Tax Return Preparation - Prepare federal and state fiduciary returns for final year ended 12/31/12 - forms 1041/1040 and IL-1041/IL-1040. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required. Draft statement for attachment to returns re: bankruptcy filings. | 3.7 | L. West | $240 | 888.00 |
| 10/8/2013 | Tax Services - Review settlement agreement for preference action filed by trustee to determine if settlement is a taxable event. | 0.4 | L. West | $240 | 96.00 |
| 10/9/2013 | Tax Review - Final review - check assembly and sign returns for 2012 - forms 1041/1040 and IL-1041/IL-1040. | 0.3 | L. West | $240 | 72.00 |
| 10/29/2013 | Administrative - Preparation of Final Fee Application. | 0.8 | L. West | $240 | 192.00 |
| | Total | 10.4 | | | 2,496.00 |

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Randy Joseph Domagalla<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   10-32206<br><br>Chapter: 7<br>Honorable Bruce W. Black<br>Joliet |

**Order Granting Motion to Retain and Employ Lois West
And Popowcer Katten, Ltd. As Accountants to the Trustee**

The matter was heard on the motion (the "Motion") filed by Deborah Kanner Ebner (the "Trustee"), Trustee of the chapter 7 estate of Randy Joseph Domagalla, for entry of an order which authorizes the Trustee to retain and employ Lois West and Popowcer Katten, Ltd. as accountants to the trustee, due notice of the Motion having been sent to all parties in interest in this matter, and the Court, having afforded the parties an opportunity for hearing as was appropriate under the circumstances, and being advised in the premises:

IT IS ORDERED:
1. The Motion is GRANTED.
2. The Trustee is authorized to retain Lois West and Popowcer Katten, Ltd. as her accountants, with all compensation payable to such persons to be subject to court approval after notice and a hearing.

Enter:  *Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 16, 2012

**Prepared by:**

Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel: 847-524-4811
Fax: 847-524-4131
email: bruce@dopkelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: RANDY JOSEPH DOMAGALLA ) | CASE NO. 10-32206 |
| ) | |
| ) | CHAPTER 7 CASE |
| DEBTOR ) | |
| ) | JUDGE BRUCE W. BLACK |
| ) | |

**ORDER APPROVING FINAL COMPENSATION OF TRUSTEE'S ACCOUNTANT**

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period September 6, 2013 through October 29, 2013 in the amount of $ 2,496.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE