# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: Domagalla, Randy Joseph § Case No. 10-32206
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/13/2013 in Courtroom 201, United States Courthouse, Joliet City Hall, 150 West Jefferson St.  2nd Flr. Joliet IL  60432
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/05/2013         By:  /s/DEBORAH K. EBNER
                                            Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Domagalla, Randy Joseph | § | Case No. 10-32206 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 808,512.99 |
| *and approved disbursements of* | $ 514,397.40 |
| *leaving a balance on hand of* [1] | $ 294,115.59 |
| **Balance on hand:** | $ 294,115.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 294,115.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 43,555.65 | 27,419.36 | 16,136.29 |
| Trustee, Expenses - DEBORAH K. EBNER | 83.84 | 8.02 | 75.82 |
| Attorney for Trustee, Fees - Bruce Dopke (Retainer: $10,000.00) | 78,971.00 | 26,883.00 | 42,088.00 |
| Attorney for Trustee, Expenses - Bruce Dopke | 4,796.00 | 1,494.96 | 3,301.04 |
| Accountant for Trustee, Fees - LOIS WEST | 3,416.00 | 920.00 | 2,496.00 |
| Other Expenses: American Auction Assc | 4,750.00 | 0.00 | 4,750.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 68,847.15 |
| Remaining balance: | $ 225,268.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 225,268.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $238,154.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Illinois Dept of Revenue | 27,179.00 | 27,179.00 | 0.00 |
| 19P-3 | Dept of Treasury - Internal Revenue Service | 203,090.00 | 203,090.00 | 0.00 |
| 22 | Barash & Everett, LLC | 7,885.29 | 7,885.29 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 225,268.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,823,643.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Crop Production Services | 145,034.55 | 14,672.20 | 17,896.19 |
| 8 | HSBC Bank Nevada, N.A. | 7,936.82 | 802.92 | 979.34 |
| 9 | Chase Bank USA, N.A. | 29,758.58 | 3,010.48 | 3,671.99 |
| 14 -2 | Custer County Feeders, Inc., A Nebraska corp. | 1,569,005.93 | 158,726.04 | 193,603.75 |
| 16 | PHI Financial Services, Inc. | 52,574.91 | 5,318.66 | 6,487.35 |
| 17 -2 | FIA Card Services NA/Bank of America NA USA/ | 1,917.51 | 193.98 | 236.61 |
| 19U-3 | Dept of Treasury - Internal Revenue Service | 2,415.08 | 0.00 | 542.32 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 -2 | Lawrence Domagalla | 10,000.00 | 1,011.63 | 1,233.93 |
| 21 -3 | Charlotte Domagalla | 5,000.00 | 505.82 | 616.96 |

Total to be paid for timely general unsecured claims: $ 225,268.44
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**


```
Case 10-32206   Doc 233   Filed 11/07/13   Entered 11/09/13 23:41:02   Desc Imaged
                          Certificate of Notice   Page 6 of 7
```

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-32206-BWB
Randy Joseph Domagalla                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Nov 07, 2013
                              Form ID: pdf006          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2013.
```
db          +Randy Joseph Domagalla,    13636 W. Domagalla Rd.,    Manhattan, IL 60442-9518
15874065    #Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
15874066    #+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
18620057    +Barash & Everett, LLC,    256 South Soangetaha Road,    Galesburg, IL 61401-5596
15874067    +Bayview,    fka Peotone Bank & Trust,    200 W. Corning Ave.,    Peotone, IL 60468-8982
18620053    +Charlotte Domagalla,    18400 Maple Creek Drive,    Suite 600,    Tinley Park, IL 60477-3032
15874068     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
16056897     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15874069     Crop Production Services,    Donald R McClarey,    313 S Prairie Ave PO Box 9,
              Dwight IL 60420-0009
16441516     Custer County Feeders Inc,    c/o Joseph A Peiffer,    Day Retting Peiffer PC,    PO Box 2877,
              Rapids IA 52406-2877
15874070     Custer County Feeders, Inc., A Nebraska corp.,    Joseph A. Peiffer,    Day Rettig Peiffer PC,
              PO Box 2877,    Cedar Rapids, IA 52406-2877
15915071    +Deere & Company,    John Deere Financial FSB,    PO Box 6600,    Johnston, IA 50131-6600
19307201    +Deere & Company,    PO Box 6600,    6400 NW 86th Street,    Johnston, IA 50131-2945
15874072    +Dralle Chevrolet and Buick et al,    c/o David Dralle,    103 N. Harlem,    Peotone, IL 60468-9185
18681766     FIA Card Services NA/Bank of America NA USA/,    MBNA America Bank NA,    PO Box 15102,
              Wilmington, DE 19886-5102
15968180    +FPC Financial, f.s.b.,    PO BOX 6600,    6400 NW 86th st,    Johnston, IA 50131-2945
15874073    +Farm Plan,    P.O. Box 5328,    Madison, WI 53705-0328
15874075     GM Card,    PO Box 80082,    Salinas, CA 93912-0082
15874076     GMAC,    PO Box 51014,    Carol Stream, IL 60125-1014
15874077     Growmark,    c/o Heritage FS, Inc.,    PO Box 339,    Gilman, IL 60938-0339
15874078    +HSBC,    Attn: Bankruptcy,    PO Box 5263,    Carol Stream, IL 60197-5263
16045358    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk VA 23541-0907
18620056   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,     Springfield, IL 62726-0001)
18722646     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
18377362     Illinois Dept of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
18377363     Illinois Dept of Revenue,    PO Box 19475,    Springfield, IL 62794-9475
15874079     John Deere Credit,    PO Box 6600,    Johnston, IA 50131-6600
19307192    +John Deere Financial, f.s.b.,    f/k/a FPC Financial, f.s.b.,    PO Box 6600,    6400 NW 86th Street,
              Johnston, IA 50131-2945
18620054    +Lawrence Domagalla,    18400 Maple Creek Drive,    Suite 600,    Tinley Park, IL 60477-3032
16516151    +PHI Financial Services, Inc.,    c/o Avebdroth and Russell, P.C.,    2560 73rd Street,
              Des Moines, IA 50322-4700
15874081    +Pioneer Seed,    3755 E. Spring Rd.,    Mazon, IL 60444-6288
15874082    +Tracy, Johnson & Wilson,    2801 Black Road, Second Floor,    Joliet, IL 60435-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16089679    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 08 2013 01:02:53
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
              Coral Gables, Florida 33146-1837
15874071     E-mail/Text: decopple@greatadvocates.com Nov 08 2013 01:02:46      David E. Copple,
              2425 Taylor Ave.,    PO Box 78,    Norfolk, NE 68702-0078
18377361     E-mail/Text: cio.bncmail@irs.gov Nov 08 2013 01:01:25
              Dept of Treasury - Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
15874074    +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2013 01:14:40      GEMB/Gap,    Attn: Bankruptcy,
              PO Box 103104,    Roswell, GA 30076-9104
15915375    +E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2013 01:01:09      GMAC,    P.O. Box 130424,
              Roseville, MN 55113-0004
18620055     E-mail/Text: cio.bncmail@irs.gov Nov 08 2013 01:01:25      Internal Revenue Service,
              PO Box 802501,    Cincinnati, OH 45280-2501
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18689506*     FIA Card Services NA/Bank of America NA USA/,    MBNA America Bank NA,    PO Box 15102,
               Wilmington, DE 19886-5102
15874080    ##+Laura Delaney et al,    595 El Blanco,    Boise, ID 83709-0421
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                  Date Rcvd: Nov 07, 2013
                              Form ID: pdf006              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2013 at the address(es) listed below:

```
          Barry M Barash    on behalf of Plaintiff Randy Joseph Domagalla barashb@barashlaw.com,
           courtmail@barashlaw.com
          Barry M Barash    on behalf of Debtor Randy Joseph Domagalla barashb@barashlaw.com,
           courtmail@barashlaw.com
          Bruce   Dopke    on behalf of Plaintiff Deborah Kanner Ebner bruce@dopkelaw.com
          Bruce   Dopke    on behalf of Trustee Deborah  Kanner Ebner bruce@dopkelaw.com
          Deborah  Kanner Ebner    on behalf of Appraiser Donald  Dodge dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Accountant   Popowcer Katten Ltd dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Elaine S Vorberg    on behalf of Trustee Deborah  Kanner Ebner elaine@vorberglaw.com
          Faiq  Mihlar    on behalf of Creditor    Bayview Loan Servicing, LLC bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for First
           Midwest Bank-Peotone bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor    Bayview Loan Servicing, LLC bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor    First Midwest Bank bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          James M Philbrick    on behalf of Creditor    Ally Financial f/k/a GMAC jmphilbrick@att.net
          Joseph  Peiffer    on behalf of Creditor    Custer County Feeders, Inc. joep@drpjlaw.com,
           laurie@drpjlaw.com;jpeiffer.ecf@gmail.com
          Patrick F Ross    on behalf of Creditor    Bayview Loan Servicing, LLC pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com
          Patrick F Ross    on behalf of Defendant    Bayview Loan Servicing LLC pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com
          Patrick F Ross    on behalf of Defendant    First Midwest Bank pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com
          Patrick F Ross    on behalf of Creditor    First Midwest Bank pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    on behalf of Creditor    First Midwest Bank rsalsterda@uhlaw.com
          R Scott Alsterda    on behalf of Creditor    Bayview Loan Servicing, LLC rsalsterda@uhlaw.com
          R Scott Alsterda    on behalf of Defendant    First Midwest Bank rsalsterda@uhlaw.com
          R Scott Alsterda    on behalf of Defendant    Bayview Loan Servicing LLC rsalsterda@uhlaw.com
          Stephanie  Stinton    on behalf of Creditor    Deere & Company sstinton@howardandhoward.com
                                                                                             TOTAL: 24
```