# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: Domagalla, Randy Joseph                                       Case No. 10-32206-BB
_____,                   Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $917,325.69                   Assets Exempt: $76,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $660,222.46    Claims Discharged
                                                Without Payment: $1,416,977.10

Total Expenses of Administration: $145,890.53

---

   3) Total gross receipts of $   808,512.99   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   2,400.00   (see **Exhibit 2**), yielded net receipts of $806,112.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,529,152.45 | $1,750,447.41 | $12,558.00 | $12,558.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 158,413.53 | 155,890.53 | 145,890.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 252,679.73 | 238,154.29 | 238,154.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,858,442.33 | 1,849,956.69 | 1,825,494.21 | 409,510.17 |
| **TOTAL DISBURSEMENTS** | $3,387,594.78 | $4,011,497.36 | $2,232,097.03 | $806,112.99 |

4) This case was originally filed under Chapter 7 on July 20, 2010. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2014            By: /s/DEBORAH K. EBNER, Trustee
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reversed Deposit 100003 1 check dated 10/7/13 - | 1121-000 | -8,680.00 |
| check dated 10/7/13 - and not delivered to us by | 1121-000 | 8,680.00 |
| Tract 1 13636 W. Domagalla Rd., Manhattan, IL 60 | 1110-000 | 133,000.00 |
| Harris Bank | 1129-000 | 361,630.78 |
| Interests in insurance policies.  Name insurance | 1129-000 | 53,952.01 |
| 2008 Chevy Silverado | 1129-000 | 21,000.00 |
| Crops - growing or harvested.  Give particulars. | 1129-000 | 8,680.20 |
| Farming equipment and implements. | 1129-000 | 1,750.00 |
| Farming equipment and implements. | 1129-000 | 18,500.00 |
| Ebner vs. First Midwest Bank, Bayview Serv (adv) | 1241-000 | 210,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$808,512.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Randy Domagalla | Per Order of May 24, 2012 re: Silverado | 8100-002 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,400.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Deere & Company | 4110-000 | 48,921.00 | 39,775.59 | 0.00 | 0.00 |
| 3 -2 | Deere & Company | 4110-000 | 28,370.00 | 18,999.76 | 0.00 | 0.00 |
| 4 | GMAC | 4110-000 | 5,563.45 | 5,563.45 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 5 | GMAC | 4110-000 | 12,048.00 | 12,179.47 | 0.00 | 0.00 |
| 10 | Bayview Loan Servicing, LLC | 4110-000 | 0.00 | 103,235.72 | 0.00 | 0.00 |
| 11 | Bayview Loan Servicing, LLC | 4110-000 | 1,135,000.00 | 838,943.40 | 0.00 | 0.00 |
| 12 | Bayview Loan Servicing, LLC | 4110-000 | 0.00 | 296,258.60 | 0.00 | 0.00 |
| 15 | Growmark | 4110-000 | 299,250.00 | 422,933.42 | 0.00 | 0.00 |
| ALLYREIM | Randy Domagalla | 4210-000 | N/A | 12,558.00 | 12,558.00 | 12,558.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,529,152.45** | **$1,750,447.41** | **$12,558.00** | **$12,558.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties | 2300-000 | N/A | 95.38 | 95.38 | 95.38 |
| DEBORAH K. EBNER | 2100-000 | N/A | 43,555.65 | 43,555.65 | 43,555.65 |
| DEBORAH K. EBNER | 2200-000 | N/A | 83.84 | 83.84 | 83.84 |
| American Auction Assc | 2420-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| American Auction Associates, Inc | 2420-000 | N/A | 375.00 | 375.00 | 375.00 |
| American Auction Associates, Inc | 2420-000 | N/A | 570.00 | 570.00 | 570.00 |
| Bruce Dopke | 3210-000 | N/A | 81,494.00 | 78,971.00 | 68,971.00 |
| Bruce Dopke | 3220-000 | N/A | 4,796.00 | 4,796.00 | 4,796.00 |
| Bruce Dopke | 3220-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| LOIS WEST | 3410-000 | N/A | 3,416.00 | 3,416.00 | 3,416.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 370.52 | 370.52 | 370.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 723.80 | 723.80 | 723.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 835.32 | 835.32 | 835.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 782.89 | 782.89 | 782.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,200.21 | 1,200.21 | 1,200.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,201.61 | 1,201.61 | 1,201.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,072.81 | 1,072.81 | 1,072.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,250.06 | 1,250.06 | 1,250.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.99 | 50.99 | 50.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 432.26 | 432.26 | 432.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 195.69 | 195.69 | 195.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 49.19 | 49.19 | 49.19 |
| Rabobank, N.A. | 2600-000 | N/A | 159.61 | 159.61 | 159.61 |
| Rabobank, N.A. | 2600-000 | N/A | 139.39 | 139.39 | 139.39 |
| Rabobank, N.A. | 2600-000 | N/A | 123.07 | 123.07 | 123.07 |
| Rabobank, N.A. | 2600-000 | N/A | 116.75 | 116.75 | 116.75 |
| Rabobank, N.A. | 2600-000 | N/A | 112.93 | 112.93 | 112.93 |
| Rabobank, N.A. | 2600-000 | N/A | 101.85 | 101.85 | 101.85 |
| Rabobank, N.A. | 2600-000 | N/A | 119.87 | 119.87 | 119.87 |
| Rabobank, N.A. | 2600-000 | N/A | 108.81 | 108.81 | 108.81 |
| Rabobank, N.A. | 2600-000 | N/A | 105.03 | 105.03 | 105.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$158,413.53** | **$155,890.53** | **$145,890.53** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Illinois Dept of Revenue | 5800-000 | N/A | 27,179.00 | 27,179.00 | 27,179.00 |
| 19P-3 | Dept of Treasury - Internal Revenue Service | 5800-000 | N/A | 203,090.00 | 203,090.00 | 203,090.00 |
| 22 | Barash & Everett, LLC | 5800-000 | N/A | 22,410.73 | 7,885.29 | 7,885.29 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$252,679.73** | **$238,154.29** | **$238,154.29** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Deere & Company | 7100-000 | 13,170.00 | 110.97 | 0.00 | 0.00 |
| 6 | FPC Financial, f.s.b. | 7100-000 | N/A | 1,351.51 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Crop Production Services | 7100-000 | 145,034.00 | 145,034.55 | 145,034.55 | 32,568.39 |
| 8 | HSBC Bank Nevada, N.A. | 7100-000 | 8,132.00 | 7,936.82 | 7,936.82 | 1,782.26 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 29,723.00 | 29,758.58 | 29,758.58 | 6,682.47 |
| 13 -2 | Laura Delaney et al | 7100-000 | 19,210.00 | N/A | N/A | 0.00 |
| 14 -2 | Custer County Feeders, Inc., A Nebraska corp. | 7100-000 | 1,588,263.33 | 1,569,005.93 | 1,569,005.93 | 352,329.79 |
| 16 | PHI Financial Services, Inc. | 7100-000 | 52,000.00 | 52,574.91 | 52,574.91 | 11,806.01 |
| 17 -2 | FIA Card Services NA/Bank of America NA USA/ | 7100-000 | 1,917.00 | 1,917.51 | 1,917.51 | 430.59 |
| 19U-3 | Dept of Treasury - Internal Revenue Service | 7100-000 | N/A | 2,415.08 | 2,415.08 | 542.32 |
| 20 -2 | Lawrence Domagalla | 7100-000 | N/A | 26,000.00 | 10,000.00 | 1,011.63 |
| 21 -3 | Charlotte Domagalla | 7100-000 | N/A | 12,000.00 | 5,000.00 | 505.82 |
| NOTFILED | GEMB/Gap | 7100-000 | 193.00 | N/A | N/A | 0.00 |
| NOTFILED | Farm Plan | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| UNNEGOTI | Clerk of US Bankruptcy COurt | 7100-000 | N/A | 1,850.83 | 1,850.83 | 1,850.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,858,442.33** | **$1,849,956.69** | **$1,825,494.21** | **$409,510.17** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32206-BB  
**Case Name:** Domagalla, Randy Joseph  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 01/09/12 (c)  
**§341(a) Meeting Date:** 08/23/10  

**Period Ending:** 06/11/14  
**Claims Bar Date:** 06/04/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Tract 1 13636 W. Domagalla Rd., Manhattan, IL 60 | 148,156.00 | 133,156.00 | | 133,000.00 | FA |
| 2 | Cash on hand. | 450.00 | 0.00 | | 0.00 | FA |
| 3 | Harris Bank | 3,495.00 | 2,745.00 | | 361,630.78 | FA |
| 4 | First Midwest Bank | 350.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings, including audio | 2,050.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Furs and jewelry. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Interests in insurance policies. Name insurance | 55,000.00 | 0.00 | | 0.00 | FA |
| 9 | Interests in insurance policies. Name insurance | 0.00 | 0.00 | | 53,952.01 | FA |
| 10 | Other contingent and unliquidated claims of ever | 126,109.69 | 0.00 | | 0.00 | FA |
| 11 | 2007 Chevy Colbalt | 6,200.00 | 636.55 | | 0.00 | FA |
| 12 | 2008 Chevy Silverado | 15,000.00 | 552.00 | | 21,000.00 | FA |
| 13 | 2001 Chevy Tahoe | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 14 | 1999 Timpte 40' hopper bottom | 8,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1996 Volvo Semi | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 16 | 1995 International 9200 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 17 | 2000 Wilson hopper bottom | 8,500.00 | 0.00 | | 0.00 | FA |
| 18 | 2001 Chevy 1ton | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 19 | Animals | 160,000.00 | 0.00 | | 0.00 | FA |
| 20 | Crops - growing or harvested. Give particulars.<br>    Approx 805 acres of corn - $150bpa; | 112,500.00 | 0.00 | | 8,680.20 | FA |
| 21 | Crops - growing or harvested. Give particulars.<br>    Approx 601 acres of Beans - $40 bpa; | 24,040.00 | 0.00 | | 0.00 | FA |
| 22 | Farming equipment and implements.<br>    John Deere 8300 Tractor; | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 23 | Farming equipment and implements.<br>    John Deere 9300;Lien: June 2008<br>Tractor loan<br>John Deere 9300 | 45,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32206-BB  
**Case Name:** Domagalla, Randy Joseph  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 01/09/12 (c)  
**§341(a) Meeting Date:** 08/23/10  

**Period Ending:** 06/11/14  
**Claims Bar Date:** 06/04/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| - 13636 W. Domagalla Rd.<br>Manhattan, IL 60442<br>Value $ 45000  -  Amount: 48921.00 | | | | | |
| 24  Farming equipment and implements.<br>   Brent grain cart;Lien: October 2009<br>Grain cart loan<br>Brent grain cart 1082<br>- 13636 W. Domagalla Rd.<br>Manhattan, IL 60442<br>Value $ 10500  -  Amount: 28370.00 | 10,500.00 | 0.00 | | 0.00 | FA |
| 25  Farming equipment and implements.<br>   John Deere 8630 Tractor;Lien: October 2009<br>Tractor loan<br>John Deere 8630 Tractor<br>- 13636 W. Domagalla Rd.<br>Manhattan, IL 60442<br>Value $ 8000  -  Amount: 13170.00 | 8,000.00 | 0.00 | | 0.00 | FA |
| 26  Farming equipment and implements.<br>   John Deere 855 Tractor; | 2,500.00 | 0.00 | | 0.00 | FA |
| 27  Farming equipment and implements.<br>   John Deere 7410 Tractor; | 15,500.00 | 0.00 | | 0.00 | FA |
| 28  Farming equipment and implements.<br>   John Deere 7520 Tractor; | 6,500.00 | 0.00 | | 0.00 | FA |
| 29  Farming equipment and implements.<br>   John Deere 4030 Tractor; | 8,010.00 | 0.00 | | 0.00 | FA |
| 30  Farming equipment and implements.<br>   John Deere 4250 Tractor; | 15,000.00 | 0.00 | | 0.00 | FA |
| 31  Farming equipment and implements.<br>   John Deere 4020 Tractor; | 5,000.00 | 0.00 | | 0.00 | FA |
| 32  Farming equipment and implements.<br>   1993 John Deere 7600 Tractor; | 21,500.00 | 0.00 | | 0.00 | FA |
| 33  Farming equipment and implements.<br>   John Deere 3155 Tractor; | 12,500.00 | 0.00 | | 0.00 | FA |
| 34  Farming equipment and implements. | 1,200.00 | 0.00 | | 0.00 | FA |

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32206-BB  **Trustee:** (330480) DEBORAH K. EBNER, Trustee
**Case Name:** Domagalla, Randy Joseph  **Filed (f) or Converted (c):** 01/09/12 (c)
 **§341(a) Meeting Date:** 08/23/10
**Period Ending:** 06/11/14  **Claims Bar Date:** 06/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 2 accumulater forks; | | | | | |
| 35 | Farming equipment and implements.<br>loaderohn Deere 2940 Tractor with loader; | 8,000.00 | 0.00 | | 0.00 | FA |
| 36 | Farming equipment and implements.<br>John Deere 265 loader and forks; | 2,000.00 | 0.00 | | 0.00 | FA |
| 37 | Farming equipment and implements.<br>1996 John Deere 9600 combine; | 18,500.00 | 0.00 | | 0.00 | FA |
| 38 | Farming equipment and implements.<br>John Deere 3400 telehander; | 17,500.00 | 0.00 | | 0.00 | FA |
| 39 | Farming equipment and implements.<br>2 DMI Encono-tiger; | 7,500.00 | 0.00 | | 0.00 | FA |
| 40 | Farming equipment and implements.<br>IN 750 tub grinder; | 1,100.00 | 0.00 | | 0.00 | FA |
| 41 | Farming equipment and implements.<br>Wagons; | 1,000.00 | 0.00 | | 0.00 | FA |
| 42 | Farming equipment and implements. | 800.00 | 0.00 | | 0.00 | FA |
| 43 | Farming equipment and implements. | 1,200.00 | 0.00 | | 0.00 | FA |
| 44 | Farming equipment and implements. | 500.00 | 0.00 | | 1,750.00 | FA |
| 45 | Farming equipment and implements. | 600.00 | 0.00 | | 0.00 | FA |
| 46 | Farming equipment and implements. | 8,700.00 | 0.00 | | 0.00 | FA |
| 47 | Farming equipment and implements. | 13,500.00 | 0.00 | | 0.00 | FA |
| 48 | Farming equipment and implements. | 4,500.00 | 0.00 | | 0.00 | FA |
| 49 | Farming equipment and implements. | 4,000.00 | 0.00 | | 0.00 | FA |
| 50 | Farming equipment and implements. | 700.00 | 0.00 | | 0.00 | FA |
| 51 | Farming equipment and implements. | 3,500.00 | 0.00 | | 0.00 | FA |
| 52 | Farming equipment and implements. | 1,300.00 | 0.00 | | 0.00 | FA |
| 53 | Farming equipment and implements. | 1,300.00 | 0.00 | | 0.00 | FA |
| 54 | Farming equipment and implements. | 3,500.00 | 0.00 | | 0.00 | FA |
| 55 | Farming equipment and implements. | 800.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32206-BB  
**Case Name:** Domagalla, Randy Joseph  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 01/09/12 (c)  
**§341(a) Meeting Date:** 08/23/10  

**Period Ending:** 06/11/14  
**Claims Bar Date:** 06/04/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 56  Farming equipment and implements. | 8,000.00 | 0.00 | | 0.00 | FA |
| 57  Farming equipment and implements. | 2,500.00 | 0.00 | | 0.00 | FA |
| 58  Farming equipment and implements. | 8,000.00 | 0.00 | | 0.00 | FA |
| 59  Farming equipment and implements. | 300.00 | 0.00 | | 0.00 | FA |
| 60  Farming equipment and implements. | 1,500.00 | 0.00 | | 0.00 | FA |
| 61  Farming equipment and implements. | 15,000.00 | 0.00 | | 0.00 | FA |
| 62  Farming equipment and implements. | 5,000.00 | 0.00 | | 0.00 | FA |
| 63  Farming equipment and implements. | 300.00 | 0.00 | | 0.00 | FA |
| 64  Farming equipment and implements. | 2,000.00 | 0.00 | | 0.00 | FA |
| 65  Farming equipment and implements. | 8,000.00 | 0.00 | | 0.00 | FA |
| 66  Farming equipment and implements. | 8,500.00 | 0.00 | | 0.00 | FA |
| 67  Farming equipment and implements. | 600.00 | 0.00 | | 0.00 | FA |
| 68  Farming equipment and implements. | 1,000.00 | 0.00 | | 0.00 | FA |
| 69  Farming equipment and implements. | 1,250.00 | 0.00 | | 0.00 | FA |
| 70  Farming equipment and implements. | 600.00 | 0.00 | | 0.00 | FA |
| 71  Farming equipment and implements. | 7,500.00 | 0.00 | | 18,500.00 | FA |
| 72  Farming equipment and implements. | 1,000.00 | 0.00 | | 0.00 | FA |
| 73  Farming equipment and implements. | 1,200.00 | 0.00 | | 0.00 | FA |
| 74  Farming equipment and implements. | 1,500.00 | 0.00 | | 0.00 | FA |
| 75  Farming equipment and implements. | 2,500.00 | 0.00 | | 0.00 | FA |
| 76  Farming equipment and implements. | 1,000.00 | 0.00 | | 0.00 | FA |
| 77  Farming equipment and implements. | 1,000.00 | 0.00 | | 0.00 | FA |
| 78  Farming equipment and implements. | 13,000.00 | 0.00 | | 0.00 | FA |
| 79  Farming equipment and implements. | 8,500.00 | 0.00 | | 0.00 | FA |
| 80  Farming equipment and implements. | 900.00 | 0.00 | | 0.00 | FA |
| 81  Farming equipment and implements. | 700.00 | 0.00 | | 0.00 | FA |
| 82  Farming equipment and implements. | 600.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32206-BB  
**Case Name:** Domagalla, Randy Joseph  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 01/09/12 (c)  
**§341(a) Meeting Date:** 08/23/10  

**Period Ending:** 06/11/14  
**Claims Bar Date:** 06/04/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 83 Farming equipment and implements. | 500.00 | 0.00 | | 0.00 | FA |
| 84 Other personal property of any kind not already | 300.00 | 0.00 | | 0.00 | FA |
| 85 Land Trust #478 Harris Bank - Frankfort Debtor's | 126,366.00 | 126,366.00 | | 0.00 | FA |
| 86 Ebner vs. First Midwest Bank, Bayview Serv (adv) (u) | 0.00 | 0.00 | | 210,000.00 | FA |
| **86 Assets Totals** (Excluding unknown values) | **$1,204,476.69** | **$316,955.55** | | **$808,512.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is a Chapter 12 case. Debtor filed a Plan of Reorganization and the secured lender objected. A portion of the objection has been resolved by the Trustee; negotiations continue. The confirmation hearing has been continued until February.

This reporting format is not particularly appropriate for Chapter 12 cases, but is being used by Trustee until Trustee and UST can decide upon more appropriate reporting mechanism.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015  **Current Projected Date Of Final Report (TFR):** November 5, 2013 (Actual)

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-32206-BB | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | Domagalla, Randy Joseph | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******30-66 - Checking Account |
| Taxpayer ID #: | **-***6758 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/11/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/12 | {3} | Domagalla, Randy | Turnover | 1129-000 | 361,630.70 | | 361,630.70 |
| 03/10/12 | {3} | correction of posting error | posting error | 1129-000 | 0.08 | | 361,630.78 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 370.52 | 361,260.26 |
| 04/13/12 | {1} | Randy Domagalla | Earnest money - house | 1110-000 | 10,000.00 | | 371,260.26 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 723.80 | 370,536.46 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 835.32 | 369,701.14 |
| 06/01/12 | {44} | Custer County | sale of trailer s/n 4ULAT171X75000172 | 1129-000 | 1,750.00 | | 371,451.14 |
| 06/01/12 | {71} | Custer County Feeders | sale of Skid Steer | 1129-000 | 18,500.00 | | 389,951.14 |
| 06/01/12 | {12} | Custer County | sale of 2008 chevy silverado --~~note ---- case number of Randy Domagalla is not showing up in case number meue of receipts log and I cannot therefore itemize the case for which this deposit and the prior two are allocated to. | 1129-000 | 21,000.00 | | 410,951.14 |
| 06/01/12 | 101 | Randy Domagalla | Per Order of May 24, 2012 re: Silverado | 8100-002 | | 2,400.00 | 408,551.14 |
| 06/01/12 | 102 | Randy Domagalla | Ref # ALLYREIMBURSEMENT | 4210-000 | | 12,558.00 | 395,993.14 |
| 06/01/12 | 103 | American Auction Associates, Inc | | 2420-000 | | 570.00 | 395,423.14 |
| 06/01/12 | 104 | American Auction Associates, Inc | | 2420-000 | | 375.00 | 395,048.14 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 782.89 | 394,265.25 |
| 07/02/12 | {9} | Randy Domagalla | life insurance settlement (See insurance statement) | 1129-000 | 53,952.01 | | 448,217.26 |
| 07/02/12 | {1} | Paulette Domagalla | buyout of residence | 1110-000 | 123,000.00 | | 571,217.26 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,200.21 | 570,017.05 |
| 08/13/12 | 105 | Barry Barash | Per Order of June 26, 2012 | 5800-000 | | 5,000.00 | 565,017.05 |
| 08/13/12 | 106 | Barry Barash | Per Order June 2012 | 5800-000 | | 2,885.29 | 562,131.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,201.61 | 560,930.15 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,072.81 | 559,857.34 |
| 10/23/12 | | To Account #**********3067 | Reserve for Bayview Loan Servicing, LLC Per Order of 10/23/2012 | 9999-000 | | 24,910.29 | 534,947.05 |
| 10/23/12 | 107 | LOIS WEST | INTERIM DISTRIBUTION PER ORDER ENTERED 10/12/12 | 3410-000 | | 920.00 | 534,027.05 |
| 10/23/12 | 108 | Illinois Dept of Revenue | Per Order entered 10/23/2012 | 5800-000 | | 27,179.00 | 506,848.05 |
| 10/23/12 | 109 | Dept of Treasury - Internal Revenue Service | | 5800-000 | | 203,090.00 | 303,758.05 |
| 10/23/12 | 110 | Crop Production Services | Ref # 0466-04490 | 7100-000 | | 14,672.20 | 289,085.85 |
| 10/23/12 | 111 | HSBC Bank Nevada, N.A. | | 7100-000 | | 802.92 | 288,282.93 |
| 10/23/12 | 112 | Chase Bank USA, N.A. | | 7100-000 | | 3,010.48 | 285,272.45 |
| 10/23/12 | 113 | Custer County Feeders, Inc., A | | 7100-000 | | 158,726.04 | 126,546.41 |

Subtotals : $589,832.79 $463,286.38

{} Asset reference(s)

Printed: 06/11/2014 11:58 PM V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-32206-BB | **Trustee:** DEBORAH K. EBNER, Trustee (330480) |
| **Case Name:** Domagalla, Randy Joseph | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******30-66 - Checking Account |
| **Taxpayer ID #:** **-***6758 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 06/11/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Nebraska corp. | | | | | |
| 10/23/12 | 114 | PHI Financial Services, Inc. | | 7100-000 | | 5,318.66 | 121,227.75 |
| 10/23/12 | 115 | FIA Card Services NA/Bank of America NA USA/ | | 7100-000 | | 193.98 | 121,033.77 |
| 10/23/12 | 116 | Lawrence Domagalla | | 7100-000 | | 1,011.63 | 120,022.14 |
| 10/23/12 | 117 | Charlotte Domagalla | | 7100-000 | | 505.82 | 119,516.32 |
| 10/23/12 | 118 | Bruce Dopke, IOLTA | | 3220-000 | | 10,000.00 | 109,516.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,250.06 | 108,266.26 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 432.26 | 107,834.00 |
| 12/14/12 | 119 | Bruce Dopke | | 3210-000 | | 26,883.00 | 80,951.00 |
| 12/14/12 | 120 | Bruce Dopke | | 3220-000 | | 1,494.96 | 79,456.04 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.69 | 79,260.35 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 79,260.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 589,832.79 | 589,832.79 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 104,170.64 | |
| | | | **Subtotal** | | 589,832.79 | 485,662.15 | |
| | | | Less: Payments to Debtors | | | 2,400.00 | |
| | | | **NET Receipts / Disbursements** | | **$589,832.79** | **$483,262.15** | |

{} Asset reference(s)                                                                                           Printed: 06/11/2014 11:58 PM     V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-32206-BB  
**Case Name:** Domagalla, Randy Joseph  

**Taxpayer ID #:** **-***6758  
**Period Ending:** 06/11/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******30-67 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/12 | | From Account #**********3066 | Reserve for Bayview Loan Servicing, LLC Per Order of 10/23/2012 | 9999-000 | 24,910.29 | | 24,910.29 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,885.29 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.99 | 24,834.30 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.19 | 24,785.11 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 24,785.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,910.29 | 24,910.29 | $0.00 |
| | | | Less: Bank Transfers | | 24,910.29 | 24,785.11 | |
| | | | **Subtotal** | | 0.00 | 125.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$125.18** | |

{} Asset reference(s)

Printed: 06/11/2014 11:58 PM    V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 10-32206-BB | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | Domagalla, Randy Joseph | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1466 - Checking Account |
| Taxpayer ID #: | **-***6758 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/11/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 79,260.35 | | 79,260.35 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.61 | 79,100.74 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.39 | 78,961.35 |
| 03/11/13 | 10121 | DEBORAH K. EBNER | | 2100-000 | | 27,419.36 | 51,541.99 |
| 03/11/13 | 10122 | DEBORAH K. EBNER | | 2200-000 | | 8.02 | 51,533.97 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.07 | 51,410.90 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 116.75 | 51,294.15 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.93 | 51,181.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.85 | 51,079.37 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.87 | 50,959.50 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.81 | 50,850.69 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.03 | 50,745.66 |
| 10/03/13 | {86} | Bayview Loan Servicing LLC | settlement of Bayview suit | 1241-000 | 210,000.00 | | 260,745.66 |
| 10/22/13 | {20} | Domagalla Farms | | 1129-000 | 8,680.20 | | 269,425.86 |
| 12/23/13 | | From Account #******1467 | transfer to fund final distribution per Court Orders | 9999-000 | 24,689.73 | | 294,115.59 |
| 12/23/13 | 10123 | Bruce Dopke | Dividend paid 100.00% on $78,971.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 42,088.00 | 252,027.59 |
| 12/23/13 | 10124 | Bruce Dopke | Dividend paid 100.00% on $4,796.00, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 3,301.04 | 248,726.55 |
| 12/23/13 | 10125 | DEBORAH K. EBNER | Dividend paid 100.00% on $43,555.65, Trustee Compensation;  Reference: | 2100-000 | | 16,136.29 | 232,590.26 |
| 12/23/13 | 10126 | DEBORAH K. EBNER | Dividend paid 100.00% on $83.84, Trustee Expenses;  Reference: | 2200-000 | | 75.82 | 232,514.44 |
| 12/23/13 | 10127 | LOIS WEST | Dividend paid 100.00% on $3,416.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,496.00 | 230,018.44 |
| 12/23/13 | 10128 | American Auction Assc | Dividend paid 100.00% on $4,750.00, Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs);  Reference: | 2420-000 | | 4,750.00 | 225,268.44 |
| 12/23/13 | 10129 | Crop Production Services | Dividend paid  22.45% on $145,034.55; Claim# 7; Filed: $145,034.55; Reference: 0466-04490 | 7100-000 | | 17,896.19 | 207,372.25 |
| 12/23/13 | 10130 | HSBC Bank Nevada, N.A. | Dividend paid  22.45% on $7,936.82; Claim# 8; Filed: $7,936.82; Reference: | 7100-000 | | 979.34 | 206,392.91 |

Subtotals :      $322,630.28      $116,237.37

{} Asset reference(s)

Printed: 06/11/2014 11:58 PM      V.13.15

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-32206-BB  
**Case Name:** Domagalla, Randy Joseph  

**Taxpayer ID #:** **-***6758  
**Period Ending:** 06/11/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1466 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/13 | 10131 | Chase Bank USA, N.A. | Dividend paid 22.45% on $29,758.58; Claim# 9; Filed: $29,758.58; Reference: | 7100-000 | | 3,671.99 | 202,720.92 |
| 12/23/13 | 10132 | Custer County Feeders, Inc., A Nebraska corp. | Dividend paid 22.45% on $1,569,005.93; Claim# 14 -2; Filed: $1,569,005.93; Reference: | 7100-000 | | 193,603.75 | 9,117.17 |
| 12/23/13 | 10133 | PHI Financial Services, Inc. | Dividend paid 22.45% on $52,574.91; Claim# 16; Filed: $52,574.91; Reference: | 7100-000 | | 6,487.35 | 2,629.82 |
| 12/23/13 | 10134 | FIA Card Services NA/Bank of America NA USA/ | Dividend paid 22.45% on $1,917.51; Claim# 17 -2; Filed: $1,917.51; Reference: | 7100-000 | | 236.61 | 2,393.21 |
| 12/23/13 | 10135 | Dept of Treasury - Internal Revenue Service | Dividend paid 22.45% on $2,415.08; Claim# 19U-3; Filed: $2,415.08; Reference: Voided on 12/23/13 | 7100-000 | | 542.32 | 1,850.89 |
| 12/23/13 | 10135 | Dept of Treasury - Internal Revenue Service | Dividend paid 22.45% on $2,415.08; Claim# 19U-3; Filed: $2,415.08; Reference: Voided: check issued on 12/23/13 | 7100-000 | | -542.32 | 2,393.21 |
| 12/23/13 | 10136 | Lawrence Domagalla | Dividend paid 22.45% on $10,000.00; Claim# 20 -2; Filed: $26,000.00; Reference: Voided on 12/23/13 | 7100-000 | | 1,233.93 | 1,159.28 |
| 12/23/13 | 10136 | Lawrence Domagalla | Dividend paid 22.45% on $10,000.00; Claim# 20 -2; Filed: $26,000.00; Reference: Voided: check issued on 12/23/13 | 7100-000 | | -1,233.93 | 2,393.21 |
| 12/23/13 | 10137 | Charlotte Domagalla | Dividend paid 22.45% on $5,000.00; Claim# 21 -3; Filed: $12,000.00; Reference: Voided on 12/23/13 | 7100-000 | | 616.96 | 1,776.25 |
| 12/23/13 | 10137 | Charlotte Domagalla | Dividend paid 22.45% on $5,000.00; Claim# 21 -3; Filed: $12,000.00; Reference: Voided: check issued on 12/23/13 | 7100-000 | | -616.96 | 2,393.21 |
| 12/23/13 | 10138 | Dept of Treasury - Internal Revenue Service | | 7100-000 | | 542.32 | 1,850.89 |
| 12/23/13 | 10139 | Lawrence Domagalla | Stopped on 04/09/14 | 7100-000 | | 1,233.93 | 616.96 |
| 12/23/13 | 10140 | Charlotte Domagalla | Stopped on 04/09/14 | 7100-000 | | 616.96 | 0.00 |
| 01/02/14 | | Domagalla Farms | check dated 10/7/13 - and not delivered to us by postman for signature on 12/31/13 when Liz signed for it. (See time entry notation) ... Randy had sent another wheat seed proceed check in same amount in October... ??/ | 1121-000 | 8,680.00 | | 8,680.00 |
| 01/09/14 | | Domagalla Farms | Reversed Deposit 100003 1 check dated 10/7/13 - and not delivered to us by postman for signature on 12/31/13 when Liz signed for it. (See time entry notation) ... Randy had sent | 1121-000 | -8,680.00 | | 0.00 |

Subtotals :        $0.00        $206,392.91

{} Asset reference(s)

Printed: 06/11/2014 11:58 PM        V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 10-32206-BB | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | Domagalla, Randy Joseph | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1466 - Checking Account |
| Taxpayer ID #: | **-***6758 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/11/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | another wheat seed proceed check in same amount in October... ??/ | | | | |
| 04/09/14 | 10139 | Lawrence Domagalla | Stopped: check issued on 12/23/13 | 7100-000 | | -1,233.93 | 1,233.93 |
| 04/09/14 | 10140 | Charlotte Domagalla | Stopped: check issued on 12/23/13 | 7100-000 | | -616.96 | 1,850.89 |
| 04/20/14 | 10141 | Clerk of US Bankruptcy COurt | | 7100-000 | | 1,850.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 322,630.28 | 322,630.28 | $0.00 |
| | | | Less: Bank Transfers | | 103,950.08 | 0.00 | |
| | | | **Subtotal** | | 218,680.20 | 322,630.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$218,680.20** | **$322,630.28** | |

{} Asset reference(s)

Printed: 06/11/2014 11:58 PM    V.13.15

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 10-32206-BB  
**Case Name:** Domagalla, Randy Joseph  
**Taxpayer ID #:** **-***6758  
**Period Ending:** 06/11/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1467 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,785.11 | | 24,785.11 |
| 02/07/13 | 10101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2012 FOR CASE #10-32206, Bind # 016026455 | 2300-000 | | 95.38 | 24,689.73 |
| 12/23/13 | | To Account #******1466 | transfer to fund final distribution per Court Orders | 9999-000 | | 24,689.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,785.11 | 24,785.11 | $0.00 |
| | | | Less: Bank Transfers | | 24,785.11 | 24,689.73 | |
| | | | **Subtotal** | | 0.00 | 95.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$95.38** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******30-66** | 589,832.79 | 483,262.15 | 0.00 |
| **Checking # ****-******30-67** | 0.00 | 125.18 | 0.00 |
| **Checking # ******1466** | 218,680.20 | 322,630.28 | 0.00 |
| **Checking # ******1467** | 0.00 | 95.38 | 0.00 |
| | **$808,512.99** | **$806,112.99** | **$0.00** |

{} Asset reference(s)                                                                                          Printed: 06/11/2014 11:58 PM   V.13.15